1  CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)
2  2500 Dean Lesher Drive, Suite A
   Concord, CA 94520
3  Telephone: (925) 689-1200
   Facsimile: (925) 689-1263
4  cmartinez@copypro.com

5  RICHARD ESTY PETERSON (CA State Bar No. 41013)
   1905-D Palmetto Avenue
6  Pacifica, CA 94044
   Telephone: (650) 557-5708
7  Facsimile: (650) 557-5716
   sfreptile@mac.com

8  Attorneys for Plaintiff
   WORDTECH SYSTEMS, INC.,
9

**FILED**

AUG 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

**PVT**

14  WORDTECH SYSTEMS INC.,                    Case No.:

15          Plaintiff,                        CV 08      4027

16  v.

17  MICROTECH SYSTEMS, INC., a California     **COMPLAINT FOR PATENT
    corporation, AT EASE COMPUTING, INC.,     INFRINGEMENT**
18  BROWARD MICROFILM, INC., BUSINESS
    TEK, INC., CRANEL, INC. d/b/a CRANEL
19  IMAGING, ELECTRIC PICTURE COMPANY,
    INC., d/b/a TAPEONLINE, GRA PACKAGING
20  SERVICES OF ROCHESTER, INC d/b/a
    SPINERGY, MASTER RECORDING SUPPLY,
21  INC., PROACTION NETWORK, LLC., d/b/a
    PROACTION MEDIA, RESOURCE DATA
22  PRODUCTS INC., SAS-WEBTRONICS,           **JUDGE:**
    STORAGE HEAVEN, TERA-STORAGE            **TRIAL DATE:**
23  SOLUTION, INC., THE TAPE COMPANY LLC
    and DOES 1-50,
24
            Defendants.
25

26

27

28

1

2  Plaintiff, WORDTECH SYSTEMS Inc. ("WORDTECH"), a California corporation, in and through its

3  attorneys, alleges:

4  **THE PARTIES**

5  1.  Plaintiff, WORDTECH is a corporation organized under the laws to the State of California with its

6      principal place of business located at Concord, California.

7  2.  On information and belief, defendant Microtech Systems, Inc. ("MICROTECH"), is a corporation

8      doing business in the State of California, with its principal place of business in Belmont,

9      California.

10  3.  On information and belief, defendant At Ease Computing, Inc. ("AT EASE") is a corporation

11      organized under the laws of the State of Massachusetts with its principal place of business in

12      Westborough.

13  4.  On information and belief, defendant Broward Microfilm, Inc. ("BROWARD MICROFILM") is a

14      corporation organized under the laws of the State of Florida, with its principal place of business in

15      Ft. Lauderdale.

16  5.  On information and belief, Business Tek, Inc. ("BUSINESS TEK") is a corporation organized

17      under the laws of the State of Ohio, with its principal place of business in Dayton.

18  6.  On information and belief, Cranel, Inc., doing business as Cranel Imaging, ("CRANEL") is a

19      corporation organized under the laws of the State of Ohio, with its principal place of business in

20      Columbus.

21  7.  On information and belief, Electric Picture Company, Inc., doing business as  Tapeonline

22      ("TAPEONLINE") is a corporation organized under the laws of the State of Tennessee with its

23      principal place of business in Nashville.

24  8.  On information and belief, Gra Packaging Services of Rochester, Inc., doing business as Spinergy

25      ("SPINERGY") is a corporation organized under the laws of the State of New York with its

26      principal place of business in Rochester.

27  9.  On information and belief, Master Recording Supply, Inc., ("MASTER RECORDING") is a

28      corporation organized under the laws of the State of California with its principal place of business

1     in Santa Ana.

2     10. On information and belief, Proaction Network, L.L.C., doing business as Proaction Media

3          ("PROACTION") is a Limited Liability Company organized under the laws of the State of Arizona

4          with its principal place of business in Phoenix.

5     11. On information and belief, Resource Data Products Inc., ("RESOURCE DATA") is a corporation

6          organized under the laws of the State of Pennsylvania with its principal place of business in Lititz.

7     12. On information and belief, Sas-Webtronics ("WEBTRONICS") is a business entity, form

8          unknown, with its principal place of business in Ashland City, Tennessee.

9     13.  On information and belief, Storage Heaven ("STORAGE HEAVEN ") is a business entity, form

10         unknown, with its principal place of business in Plantation, Florida.

11    14. On information and belief, Tera-storage Solution, Inc. ("TERA-STORAGE") is a corporation

12         organized under the laws of the State of Texas with its principal place of business in Manchaca.

13    15. On information and belief, Discount Media Products, L.L.C., doing business as The Tape

14         Company, L.L.C., ("THE TAPE COMPANY"), is a Limited Liability Company organized under

15         the laws of Illinois, with its principal place of business in Chicago.

16    16. Plaintiff is ignorant of the true names or capacities of the defendants sued herein under the

17         fictitious names of DOES 1 -50 inclusive.  Plaintiff will amend this Complaint to allege their true

18         names and capacities when ascertained.  Plaintiff is informed and believes and thereon alleges that

19         each of the fictitiously named defendants is responsible in some manner for the occurrences herein

20         alleged, and that Plaintiff's injuries as alleged herein were proximately caused by the wrongful

21         conduct of these fictitiously named defendants.

22    17. Plaintiff is informed and believes and thereon alleges that at all times herein, DOES 1-50 were the

23         agents, servants, and /or employees of their codefendants and in doing the things alleged herein

24         were acting within the course and scope of their authority with the permission and consent of their

25         codefendants.

26                              **JURISDICTION AND VENUE**

27    18. This action arises under the patent laws of the United States, 35 U.S. C. §§ 271, 281, and 283-285.

28    19.  Subject matter jurisdiction is conferred on this Court by 28 U.S.C. §§ 1331 and 1338(a).

---

20. Venue is proper in this Court under 28 U.S. C. §§ 1391(b) and 1391(c) and/or 1400(b).

## INTRADISTRICT ASSIGNMENT

21. This is an Intellectual Property Action under this Court's Assignment Plan, and therefore assignment to any division of the Court is proper pursuant to Civil L.R. 3-2(c).

## BACKGROUND

22. On October 31, 2000, the U.S. Patent Office issued U.S. Patent No. 6,141,298, entitled Programmable Self-Operating Compact Disk Duplication System, listing David Miller as the inventor ("Patent '298"). A true and correct copy of Patent '298 is attached hereto as **Exhibit 1**.

23. On March 11, 2003, the U.S. Patent Office issued a patent, U.S. Patent No. 6,532,198 entitled Programmable Self-Operating Compact Disk Duplication System, listing David Miller as the inventor ("Patent '198). A true and correct copy of Patent '198 is attached hereto as **Exhibit 2**.

24. On or about November 23, 2004, the U.S. Patent Office issued a patent, U.S. Patent No. 6,822,932 entitled Programmable Self-Operating Compact Disk Duplication System, listing David Miller as the inventor ("Patent '932). A true and correct copy of Patent '932 is attached hereto as **Exhibit 3**.

25. On or about November 23, 2004, the U.S. Patent Office issued a patent, U.S. Patent No. 7,145,841 entitled Programmable Self-Operating Compact Disk Duplication System, listing David Miller as the inventor ("Patent '841). A true and correct copy of Patent '841 is attached hereto as **Exhibit 4**.

26. WORDTECH is sole and exclusive owner by assignments by the inventor, David Miller, of all rights, title, and interest in Patents '298, '198, '932, and '841, and has the right to bring this suit for damages and injunctive relief.

27. Patents '298, '198, '932, and '841 relate to a Programmable Self-Operating Compact Disk Duplication System, including, *inter alia*, the controller, whether single card or a motherboard configuration, software, drives, robotics, printers, accessories, housing or any other component to operate the disk duplicator and were duly issued to David Miller and assigned to Wordtech.

## COUNT I

### (Infringement of U.S. Patent 6,141,298)

28. Plaintiff hereby incorporates paragraphs 1-27 above, inclusive, by this reference.

29. On information and belief, Defendant MICROTECH is in the business of, *inter* alia, making using,

COMPLAINT FOR PATENT INFRINGEMENT - 4

1  selling, importing and/or offering to sale programmable self-operating compact disc duplication

2  systems ("MICROTECH DEVICES)" that infringe each of the elements of one or more claims of

3  the '298 patent, without a license from WORDTECH.

4  30. On information and belief, by making, using, selling, importing and or offering for sale

5  MICROTECH DEVICES, defendant MICROTECH has directly and contributorily infringed and

6  will continue to directly and contributorily infringe one more of the claims of Patent '298 under 35

7  U.S.C. § 271 (a), (b), (c) and/or (f) literally or under the doctrine of equivalents.

8  31. MICROTECH had been informed that a license was needed under Patent '298.

9  32. On information and belief, MICROTECH's infringement of Patent '298 has been and continues to

10  be willful and deliberate, entitling WORDTECH to increased damages under 35 U.S.C. § 284 and

11  to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

12  33. As a direct and proximate consequence of the acts and practices of MICROTECH, plaintiff

13  WORDTECH has been, is being, and continues to be damaged; unless such acts and practices of

14  defendant are enjoined by the Court, plaintiff will continue to be injured in its business and

15  property rights and has suffered and is suffering and will continue to suffer injury and damages for

16  which it is entitled to relief under 35 U.S. C. § 284.

17  34. On information and belief, defendants AT EASE, BROWARD MICROFILM, INC., BUSINESS

18  TEK, CRANEL, TAPEONLINE, SPINERGY, MASTER RECORDING, PROACTION,

19  RESOURCE DATA, WEBTRONICS, STORAGE HEAVEN, TERA-STORAGE, THE TAPE

20  COMPANY LLC. and DOES 1-50 (collectively, "RESELLERS") have made, purchased, resold,

21  offered for sale, used, sold, and/or imported in this district and elsewhere in the United States

22  MICROTECH DEVICES that use, embody or otherwise infringe on one or more claims of Patent

23  '298.

24  35. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

25  being, and continues to be damaged according to proof.  Unless such acts and practices of

26  defendant are enjoined by the Court, Plaintiff's business and property will continue to be injured

27  and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S. C. §

28  284.

COMPLAINT FOR PATENT INFRINGEMENT - 5

## COUNT II

### (Infringement of U.S. Patent 6,532,198)

36. Plaintiff hereby incorporates paragraphs 1-35 above, inclusive, by this reference.

37. On information and belief, Defendant MICROTECH is in the business of, *inter* alia, making using, selling, importing and/or offering to sale programmable self-operating compact disc duplication systems ("MICROTECH DEVICES)" that infringe each of the elements of one or more claims of Patent '198, without a license from WORDTECH.

38. On information and belief, by making, using, selling, importing and or offering for sale MICROTECH DEVICES, defendant MICROTECH has directly and contributorily infringed and will continue to directly and contributorily infringe one more of the claims of Patent '198 under 35 U.S.C. § 271 (a), (b), (c) and/or (f) literally or under the doctrine of equivalents.

39. MICROTECH had been informed that a license was needed under Patent '198.

40. On information and belief, MICROTECH's infringement of Patent '198 has been and continues to be willful and deliberate, entitling WORDTECH to increased damages under 35 U.S.C. § 284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

41. As a direct and proximate consequence of the acts and practices of MICROTECH, plaintiff WORDTECH has been, is being, and continues to be damaged; unless such acts and practices of defendant are enjoined by the Court, plaintiff will continue to be injured in its business and property rights and has suffered and is suffering and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S. C. § 284.

42. On information and belief, defendants AT EASE, BROWARD MICROFILM, INC., BUSINESS TEK, CRANEL, TAPEONLINE, SPINERGY, MASTER RECORDING, PROACTION, RESOURCE DATA, WEBTRONICS, STORAGE HEAVEN, TERA-STORAGE, THE TAPE COMPANY LLC. and DOES 1-50 (collectively, "RESELLERS") have made, purchased, resold, offered for sale, used, sold, and/or imported in this district and elsewhere in the United States MICROTECH DEVICES that use, embody or otherwise infringe on one or more claims of Patent '198.

43. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

1   being, and continues to be damaged according to proof.  Unless such acts and practices of

2   defendant are enjoined by the Court, Plaintiff's business and property will continue to be injured

3   and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S. C. §

4   284.

5   44. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

6   being, and continues to be damaged according to proof.  Unless such acts and practices of

7   defendant are enjoined by the Court, Plaintiff will continue to be injured in its business and

8   property rights and has suffered and is suffering and will continue to suffer injury and damages for

9   which it is entitled to relief under 35 U.S. C. § 284.

10                              **COUNT III**

11                   **(Infringement of U.S. Patent No. 6,822,932)**

12   45. Plaintiff hereby incorporates paragraphs 1-44 above, inclusive, by this reference.

13   46.  On information and belief, Defendant MICROTECH is in the business of, *inter* alia, making using,

14   selling, importing and/or offering to sale programmable self-operating compact disc duplication

15   systems ("MICROTECH DEVICES)" that infringe each of the elements of one or more claims of

16   Patent '932, without a license from WORDTECH.

17   47. On information and belief, by making, using, selling, importing and or offering for sale

18   MICROTECH DEVICES, defendant MICROTECH has directly and contributorily infringed and

19   will continue to directly and contributorily infringe one more of the claims of Patent '932 under 35

20   U.S.C. § 271 (a), (b), (c) and/or (f) literally or under the doctrine of equivalents.

21   48. MICROTECH had been informed that a license was needed under Patent '932.

22   49. On information and belief, MICROTECH's infringement of Patent '932 has been and continues to

23   be willful and deliberate, entitling WORDTECH to increased damages under 35 U.S.C. § 284 and

24   to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

25   50. As a direct and proximate consequence of the acts and practices of MICROTECH, plaintiff

26   WORDTECH has been, is being, and continues to be damaged; unless such acts and practices of

27   defendant are enjoined by the Court, plaintiff will continue to be injured in its business and

28   property rights and has suffered and is suffering and will continue to suffer injury and damages for

1   which it is entitled to relief under 35 U. S. C. § 284.

2   51. On information and belief, defendants AT EASE, BROWARD MICROFILM, INC., BUSINESS

3   TEK, CRANEL, TAPEONLINE, SPINERGY, MASTER RECORDING, PROACTION,

4   RESOURCE DATA, WEBTRONICS, STORAGE HEAVEN, TERA-STORAGE, THE TAPE

5   COMPANY LLC. and DOES 1-50 (collectively, "RESELLERS") have made, purchased, resold,

6   offered for sale, used, sold, and/or imported in this district and elsewhere in the United States

7   MICROTECH DEVICES that use, embody or otherwise infringe on one or more claims of Patent

8   '932.

9   52. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

10  being, and continues to be damaged according to proof.  Unless such acts and practices of

11  defendant are enjoined by the Court, Plaintiff's business and property will continue to be injured

12  and will continue to suffer injury and damages for which it is entitled to relief under 35 U. S. C. §

13  284.

14  53. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

15  being, and continues to be damaged according to proof.  Unless such acts and practices of

16  defendant are enjoined by the Court, Plaintiff will continue to be injured in its business and

17  property rights and has suffered and is suffering and will continue to suffer injury and damages for

18  which it is entitled to relief under 35 U. S. C. § 284.

19                                      **COUNT IV**

20                          **(Infringement of Patent 7,145,841)**

21  54. Plaintiff hereby incorporates paragraphs 1-53 above, inclusive, by this reference.

22  55.  On information and belief, Defendant MICROTECH is in the business of, *inter* alia, making, using,

23  selling, importing and/or offering to sale programmable self-operating compact disc duplication

24  systems ("MICROTECH DEVICES)" that infringe each of the elements of one or more claims of

25  Patent '841, without a license from WORDTECH.

26  56. On information and belief, by making, using, selling, importing and or offering for sale

27  MICROTECH DEVICES, defendant MICROTECH has directly and contributorily infringed and

28  will continue to directly and contributorily infringe one more of the claims of Patent '841 under 35

1    U.S.C. § 271 (a), (b), (c) and/or (f) literally or under the doctrine of equivalents.

2    57. MICROTECH had been informed that a license was needed under Patent '841.

3    58. On information and belief, MICROTECH's infringement of Patent '841 has been and continues to

4        be willful and deliberate, entitling WORDTECH to increased damages under 35 U.S.C. § 284 and

5        to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

6    59. As a direct and proximate consequence of the acts and practices of MICROTECH, plaintiff

7        WORDTECH has been, is being, and continues to be damaged; unless such acts and practices of

8        defendant are enjoined by the Court, plaintiff will continue to be injured in its business and

9        property rights and has suffered and is suffering and will continue to suffer injury and damages for

10       which it is entitled to relief under 35 U.S. C. § 284.

11   60. On information and belief, defendants AT EASE, BROWARD MICROFILM, INC., BUSINESS

12       TEK, CRANEL, TAPEONLINE, SPINERGY, MASTER RECORDING, PROACTION,

13       RESOURCE DATA, WEBTRONICS, STORAGE HEAVEN, TERA-STORAGE, THE TAPE

14       COMPANY LLC. and DOES 1-50 (collectively, "RESELLERS") have made, purchased, resold,

15       offered for sale, used, sold, and/or imported in this district and elsewhere in the United States

16       MICROTECH DEVICES that use, embody or otherwise infringe on one or more claims of Patent

17       '841.

18   61. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

19       being, and continues to be damaged according to proof.  Unless such acts and practices of

20       defendant are enjoined by the Court, Plaintiff's business and property will continue to be injured

21       and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S. C. §

22       284.

23   62. As a direct and proximate consequence of the acts of the RESELLERS, WORDTECH has been, is

24       being, and continues to be damaged according to proof.  Unless such acts and practices of

25       defendant are enjoined by the Court, Plaintiff will continue to be injured in its business and

26       property rights and has suffered and is suffering and will continue to suffer injury and damages for

27       which it is entitled to relief under 35 U.S. C. § 284.

28                                   **PRAYER FOR RELIEF**

WEREFORE, plaintiff prays for the entry of a judgment form this Court:

a.  Declaring that United States Patent No. 6,141,298 was duly and legally issued, and is valid and enforceable;

b.  Declaring that United States Patent No. 6,532,198 was duly and legally issued, and is valid and enforceable;

c.  Declaring that United States Patent No. 6,822,932 was duly and legally issued, and is valid and enforceable;

d.  Declaring that United States Patent No. 7,145,841 was duly and legally issued, and is valid and enforceable;

e.  Declaring that defendant MICROTECH, Inc. has directly infringed, contributorily infringed, and or induced infringement of one or more claims of Patents '298, '198, 932, and 841;

f.  Declaring that defendant MICROTECH, Inc. has willfully infringed one or more claims of Patents '298, '198, 932, and 841;

g.  Deeming this to be an exceptional case within the meaning of 35 U.S.C. § 285, entitling plaintiff WORDTECH, to an award of its reasonable attorneys' fees expense and costs in this action from MICROTECH; and

h.  Preliminarily and permanently enjoining defendant MICROTECH, and its respective officers, agents, servants employees, and attorneys and those persons in active concert or participation with them who receive notice of the order by personal service or otherwise, from committing further acts of infringement under 35 U.S.C. 271 of one or more claims of Patents '298, '198, 932, and 841 pursuant to 35 U.S. C § 283;

i.  Declaring that the RESELLERS have directly infringed, contributorily infringed, and or induced infringement of one or more claims of Patents '298, '198, 932, and 841;

j.  Awarding plaintiff damages in accordance with 35 U.S. C. § 284;

k.  Awarding plaintiff its costs in connection with this action;

l.  Awarding plaintiff such other and further relief as this Court may deem to be just and proper.

//

//

1  DATE: 8/20/08

2

3                                              RESPECTFULLY SUBMITTED,

4

5                                              Christian J. Martinez
                                               Attorney for Plaintiff,
6                                              Wordtech Systems, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US006141298A

# United States Patent [19]

## Miller

| [11] | Patent Number: | 6,141,298 |
|---|---|---|
| [45] | Date of Patent: | Oct. 31, 2000 |

[54] **PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM**

[76] Inventor: **David Miller**, 20 La Espiral, Orinda, Calif. 94563

[21] Appl. No.: **09/152,815**

[22] Filed: **Sep. 14, 1998**

### Related U.S. Application Data

[63] Continuation-in-part of application No. 08/816,257, Mar. 13, 1997, abandoned.

[51] **Int. Cl.[7]** .................................................. G11B 17/22
[52] **U.S. Cl.** ................................... 369/30; 34/178
[58] **Field of Search** ............................... 369/29, 30, 32, 369/33, 34, 36, 37, 38, 42, 75.2, 178, 197, 201, 202

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,176,992 | 4/1965 | Lipski . |
| 3,976,301 | 8/1976 | Corbett et al. . |
| 4,685,001 | 8/1987 | Martin et al. . |
| 4,766,581 | 8/1988 | Korn et al. . |
| 4,989,191 | 1/1991 | Kuo . |
| 5,033,038 | 7/1991 | Kobayashi et al. . |
| 5,036,503 | 7/1991 | Tomita . |
| 5,040,159 | 8/1991 | Oliver et al. . |
| 5,056,073 | 10/1991 | Fitzgerald et al. . |
| 5,058,095 | 10/1991 | Kawakami et al. . |
| 5,099,465 | 3/1992 | Geiger et al. . |
| 5,101,388 | 3/1992 | Fushimi . |
| 5,121,379 | 6/1992 | Funabashi et al. . |
| 5,173,889 | 12/1992 | Nagahisa et al. . |
| 5,291,465 | 3/1994 | Dennis et al. . |
| 5,418,763 | 5/1995 | Ichikawa et al. . |
| 5,431,520 | 7/1995 | Brugger . |
| 5,473,589 | 12/1995 | Horie . |
| 5,481,514 | 1/1996 | Yamasaki et al. . |
| 5,495,457 | 2/1996 | Takagi . |
| 5,518,325 | 5/1996 | Kahle . |
| 5,586,094 | 12/1996 | Pines et al. . |
| 5,610,893 | 3/1997 | Soga et al. . |
| 5,640,535 | 6/1997 | Suzuki et al. . |
| 5,724,321 | 3/1998 | Vishlitzky . |
| 5,796,684 | 8/1998 | Yaegashi . |

| | | |
|---|---|---|
| 5,802,020 | 9/1998 | Kaneko et al. . |
| 5,841,744 | 11/1998 | Menke et al. . |
| 5,873,692 | 2/1999 | Costas . |
| 5,914,918 | 6/1999 | Lee et al. . |
| 5,946,216 | 8/1999 | Hollerich . |

#### OTHER PUBLICATIONS

Rimage, "Perfect Image Producer" circa 1996 product brochure.
Microtech, "Image Automator" circa 1996 product brochure.

*Primary Examiner*—Paul W. Huber
*Attorney, Agent, or Firm*—Richard Esty Peterson

[57] **ABSTRACT**

A system for the duplication of binary data onto CD-R disks, the system including a copy unit, a host computer and computer software, the software being installed in the host computer to provide a user interface and to direct the transfer of data from the host computer to the copy unit, the copy unit including a set of multiple stacked recordable disk drives, a microprocessor electronically connected to the activating mechanism of a pivotal transport tower and to the set of multiple stacked recordable disk drives. A robotic disk pickup head on the pivotal transport tower is encompassed by a set of disk spindle members arranged in a symmetric semi-circular pattern around the central tower, the disk pickup head being connected to the pivotal transport tower with an elevator mechanism for lifting and transporting compact disks among the disk spindle members and any selected one of the stacked recordable disk drive members. The microprocessor concurrently directs the movement of the disk pickup head and the copying of data to the CD-R disks in the disk drive members. After a disk copy operation is completed, the computer software and microprocessor may direct the stacked recordable disk drive members to inspect the burned CD-R disks for copy errors and further direct the disk pickup head to remove and eject defective burned CD-R disks and place properly burned CD-R disks on a specified disk spindle member. The system allows for source data to be read from multiple master compact disks inserted in specified stacked recordable disk drive members to provide for random access copying from the multiple master compact disks.

**39 Claims, 8 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



FIG. 4A



FIG. 4B



*FIG. 4C*



*FIG. 4D*



*FIG. 5A*



*FIG. 5B*

6,141,298

**1**

## PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM

This is a continuation-in-part of my application of the same title, Serial No. 08/816,257, filed Mar. 13, 1997, now abandoned.

### BACKGROUND OF THE INVENTION

Digital compact disks were originally conceived in the early 1980's as a technique to accurately copy and preserve audio recordings intended for sale to a mass market of consumers. As computing power has increased exponentially since that time, information processing tasks unthinkable only a few years ago have become commonplace and require large amounts of data most economically and conveniently stored on digital compact disks.

Until recently the transfer of data onto compact digital disks was a costly procedure economically feasible only when manufacturing a large quantity of copies. Users whose applications required relatively few copies or required frequent data updates could not reap the benefits of this technology, even though low-cost disk-readers were readily available.

The advent of recordable digital compact disks, generally referred to as "CD-R" disks, was intended to allow users to record their own disks and thereby achieve significant savings. Unlike a common compact disk that has been pressed by a mold, a CD-R has a dye layer that is etched by a laser contained in the CD-R disk drive. Once etched, the "burned" CD-R disk is unalterable and will retain data for approximately 75 years.

Several practical problems have prevented CD-R users from attaining maximal efficiency in the copy process, especially when attempting to make multiple disk copies in a short amount of time. The primary problem occurring in this situation is that the data throughput from the data source, such as a file on a hard disk drive or a master compact digital disk, to the write head of the CD-R drive is interrupted during the copy process. Many times when this occurs the data buffer to the write head of the CD-R drive is exhausted and null data is written onto the CD-R disk, making the CD-R disk irrevocably defective.

The frequency of such a defective CD-R disk write increases at least linearly as the drive speed of the CD-R writing head is increased. The industry standard speed is approximately 150K Bytes per second. Some CD-R disk drives can write data at four times this standard speed, but while this increased speed lowers the total copying time, the frequency of defective CD-R disk writes increases as data throughput from the data source is increased.

An additional problem in a volume copying process is the necessity for direct human supervision to prepare CD-R disks for copying, remove the disks from the CD-R disk writer once copying is complete, and then prepare the disks for inspection to ensure no defective CD-R disks are retained in the completed set of copies. Aside from the tedium involved that may indirectly add errors, requiring human attention in this process adds a significant labor cost that is added to the end-user price.

The copy speed versus accuracy problem described above is solved when the CD-R disk writer is configured to concurrently copy the data onto multiple CD-R disks. For example, the total copy time for two CD-R disk drives concurrently copying data at 150K Bytes per second is the same as one CD-R disk drive serially copying two CD-R disks at 300K Bytes per second, and the frequency of disk

**2**

write errors using the concurrent disk drives is approximately half that of the serial disk drive.

This system uses the concurrent copying method described above and also eliminates the necessity of direct human supervision of the copy process through the unique circular arrangement of CD-R disk spindle members around a pivotal transport tower containing a disk pickup head that lifts a blank disk from a disk spindle member and transports the disk to one of the available stacked CD-R disk drives. After the recording process is complete the disk pickup head retrieves and transports the burned CD-R disk copy to a specified disk spindle member for copied disks.

The electrical and physical configuration of this system provides several additional benefits to users. The semi-circular arrangement of disk spindle members around the pivotal transport tower minimizes the number of moving parts needed to construct the disk transport assembly. A system having more disk spindle members can be constructed by increasing the radius of the circle formed by the disk spindle members. Similarly, the arrangement of two stacked sets of recordable disk drives allows for a scaleable design permitting the user to make low-cost upgrades.

Prior disk copy methods only provided for lineal copying of a single source disk. The configuration of this system allows for several master compact disks to be transportable by the disk hub to a selected disk read head so that the copy process from the master compact disks is a random access process.

Yet another benefit provided by this system is the system's ability to test burned CD-R disks for disk write errors, and through use of the pivotal transport tower, eject a defective CD-R disk isolating the defective CD-R disks from the set of properly burned CD-R disks.

### SUMMARY OF THE INVENTION

The programmable, automatic compact disk duplication system of this invention includes a copy unit, a host computer, and computer software. The host computer and computer software provide an interface allowing the user to pre-program the copy unit to perform a completely unattended copy and data verification operation upon blank CD-R disks pre-loaded in the copy unit.

While not required for operation of the duplication system, it is preferred that the duplication system use an IBM PC-clone running a DOS or Windows operating system so that users need not purchase additional computer hardware to operate the duplication system. Hardware-specific computer components necessary to describe the duplication system will reference IBM PC and Windows specifications; however the duplication system is not intended to remain limited to these specifications and a designer skilled in the art would be able to translate these specifications into hardware and software equivalents for systems using Apple, UNIX, or IBM protocols.

The Copy Unit

The copy unit has a main copy assembly with an external vacuum pump. The primary components inside a housing for the main copy assembly include a microprocessor, a set of disk spindle members, a pivotal transport tower, a data transfer unit, a vacuum regulator and an air filtration unit. The external vacuum pump is connected to the vacuum regulator by an air hose leading to a disk suction pickup unit affixed to the pivotal transport tower.

1. The Microprocessor

The microprocessor is an internal control unit for the copy unit and is electrically connected to the host computer, the

6,141,298

**3**

pivotal transport tower, and all CD-R disk drive heads. In the preferred embodiment, a 8031 microprocessor is used, but any 8-bit microprocessor capable of processing a command set of about 20 commands could be used.

The microprocessor receives user input generated by the software that is executed on the user's host computer. The computer software processes the user input into a set of ASCII commands sent to microprocessor via an RS-232 interface. The ASCII command set used is a variant of the Trace Mountain protocol that is often used to interface software to hardware copy devices. Commands sent by the computer software to the microprocessor consist of one letter or one letter and two digits.

Once the microprocessor is sent a command by the host computer, the microprocessor parses the command and sends an electrical signal to the pivotal transport tower.

Depending on the command sent by the computer software, the microprocessor will transmit back to the computer software a "ready" indication, an echo of the command received, or a status indication that command received was successfully or unsuccessfully executed. This status indication is then interpreted by the computer software into user readable information displayed on the host computer's video output display.

2. The Disk Spindle Members

A set of disk spindle members are located on a front horizontal deck of the copy unit. The bottom of each disk spindle member is affixed to the horizontal deck of the copy unit and projects vertically from the deck. The diameter of each disk spindle member is slightly smaller than the center hole of a CD-R disk, allowing for free vertical movement of the CD-R disk when the disk is located on the disk spindle member.

The disk spindle members are affixed to the horizontal deck of the copy unit along an arc of a circle around the axis of the pivotal transport tower. It is expected that at least two disk spindle members are affixed to the horizontal deck of the copy unit, allowing one disk spindle member to hold blank CD-R disks and the other disk spindle member to hold burned CD-R disks. The radius of the circle is selected such that CD-R disks located on adjoining spindles do not touch each other.

3. The Pivotal Transport Tower

The pivotal transport tower is centrally located in the copy unit at the radial center of the arc formed by the disk spindle members. The pivotal transport tower is cylindrically shaped, with a vertically displaceable arm projecting radially from the pivotal transport tower. Inside the pivotal transport tower is an axle along the vertical axis of the pivotal transport tower. The axle is affixed to the base of the pivotal transport tower. Connected to the axle is a first drive motor capable of pivoting the pivotal transport tower about its vertical axis. Control of the first drive motor is also supplied from electrical signals sent by the microprocessor.

An arm for a disk pickup head projects radially from the pivotal transport tower. One end of the arm is connected to a belt running vertically along the inside of the pivotal transport tower. The bottom of the belt travels around a set of gears that are connected to a second drive motor. When the second drive motor rotates the belt, the arm is raised or lowered depending on the direction of rotation of the belt.

The other end of the arm supports a disk pickup head which has a disk suction pickup unit. The disk suction pickup unit is triangle-shaped and has a circular aperture located at its apex. The diameter of the aperture is slightly wider than the diameter of a disk spindle member. Located on the underside of the disk suction pickup unit near each

**4**

vertice of the disk suction pickup unit is one suction member and one rubber stopper member. A sensor also protrudes downward from the underside of the disk suction pickup unit and relays an electrical signal back to the microprocessor indicating the presence of a target disk near the disk suction pickup unit.

Additionally, during operation of the disk suction pickup unit, RAM memory located in the microprocessor or electrically connected to the microprocessor retains data for each disk spindle member corresponding to the approximate vertical distance the disk suction unit must travel before retrieving a blank CD-R disk or placing a burned CD-R disk back onto the disk spindle member.

When the disk suction pickup unit is operated, the suction members draw in air, causing the target disk to adhere to the suction members, holding the target disk horizontally against the rubber stopper members.

The size and placement of the arm and the disk suction pickup unit are chosen so that during a disk pick-up or drop-down operation the selected disk spindle member passes through the aperture as the arm lowers below the top of the selected disk spindle member.

In a typical disk transport operation, the microprocessor issues a sequential set of electrical signals that are translated into a sequential set of operations performed by the second drive motor, the first drive motor, and the disk suction pickup unit. For example, the following sequential operations controlled by the microprocessor occur when the copy unit transfers the top CD-R disk from a stack of CD-R disks surrounding a selected spindle to the data transfer unit:

the first drive motor raises the disk suction pickup unit to a height such that all components of the disk suction pickup unit are above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower to position the disk suction pickup unit over the selected disk spindle member, placing the aperture directly above the disk spindle member;

the first drive motor lowers the disk suction pickup unit along the disk spindle member until the suction members make contact with the CD-R disk;

the suction members engage and hold the CD-R disk;

the first drive motor raises the disk suction pickup unit along the disk spindle member until the CD-R disk held by the suction members is above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower, positioning the CD-R disk held by the suction members for transfer into the data transfer unit.

4. The Data Transfer Unit

The data transfer unit comprises two stacked disk drive receptacle members and a variable number of stacked recordable disk drive members. The two stacked disk drive receptacle members are affixed on opposite sides of the back horizontal deck of the copy unit and positioned along the arc of the circle formed by the disk spindle members at a distance greater than the diameter of a CD-R disk. Each stacked recordable disk drive member fits in a slotted receptacle member located in one of the two stacked disk drive receptacle members and is positioned on the perimeter of the circle formed by the disk spindle members, making each stacked recordable disk drive member capable of receiving a disk transported by the arm.

Each stacked recordable disk drive member sends and receives binary data with the computer software via a standard 50-pin SCSI connection between the stacked

6,141,298

**5**

recordable disk drive member and the host computer. Manual loading and unloading of a CD-R disk in every stacked recordable disk drive member is accomplished through an input-output tray member that is a standard feature of recordable and read-only disk drives; control of the input-output tray member is also communicated through each stacked recordable disk drive member's SCSI connection.

In the preferred embodiment, the top of the main copy assembly located in the void between the two stacked recordable disk drive members has a disk reject slide that is constructed at a downward angle, allowing the combination of the pivotal transport tower and the two stacked recordable disk drive members to eject defective CD-R disks out of the main copy assembly by dropping them onto the disk reject slide. Gravity pulls the defective CD-R disk downward along disk reject slide and the defective CD-R disk leaves the main copy assembly.

An additional hardware item easily added to the data transfer unit is a standard disk printer that affixes printed labels or imprints the top side of any burned CD-R disk. In this configuration, the disk printer is placed along the rear wall of the copy unit so that the input/output loading tray of the disk printer opens into the void between the two stacked recordable disk drive members.

5. The Vacuum Regulator and the External Vacuum Pump

The vacuum regulator is housed inside the main copy assembly and is connected to the suction members by a set of internal air hose members. An external air hose connects the vacuum regulator to the external vacuum pump that is physically separated from the main copy assembly in order to reduce vibrations inside the main copy assembly. The vacuum regulator maintains a constant pressure vacuum and is controlled by the microprocessor.

6. The Air Filtration Unit

The air filtration unit creates a flow of filtered air through the inside of the main copy assembly to significantly reduce CD-R disk read or write errors caused by dust or other contaminants that may be in the air surrounding the duplication system. The air filtration unit comprises a set of electric fan members, an air filter, a set of outflow vents, and an outer cover covering the outside of the main copy assembly. The electric fan members are positioned along the back vertical face of the main copy assembly and when operated draw air into the inside of the main copy assembly.

Positioned along the inside vertical face of the main copy assembly is an air filter that filters air drawn in by the electric fan members before it can circulate through the inside of the main copy assembly. The filtered air then exits the main copy assembly through the outflow vents.

The Host Computer

No particular type of host computer is necessary to support the copy unit and the computer software. A conventional personal computer equipped with a SCSI throughput interface and a hard disk drive capable of retaining an image of the master data will suffice.

The Computer Software

In the preferred embodiment, the computer software necessary to direct the data transfer operations is written in the "C" programming language running under a Windows operating system. However, the computer software could be written using any computer language and operating system compatible with the computer used, provided Trace Mountain—type protocols can be sent to the copy unit via an RS-232 or SCSI connection between the host computer and the copy unit.

These and other features will become apparent from a consideration of the Detailed Description of the Preferred Embodiments.

**6**

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of the compact disk duplication system of this invention with a perspective view of the copy unit.

FIG. 2 is a side view of the main copy assembly with the clear outer cover removed.

FIG. 3 is an enlarged side view of the pivotal transport tower.

FIGS. 4A–D are segments of a continuing flowchart diagram of the procedures performed in a disk copy operation.

FIGS. 5A and 5B are schematic representations of an auxiliary print application unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, the programmable automatic compact disk duplication system of this invention is designated generally by the reference numeral 10. The duplication system 10 includes a host computer 12, shown schematically, connected to a copy unit 20. The host computer 12 comprises a programmable computer that includes computer software for providing a user interface for operating the copying process of the copy unit 20. It is to be understood that the host computer may be incorporated into the copy unit 20 with the copy unit having a keyboard or other input device such as a control panel for managing the operation of the copy unit 20.

As shown in FIG. 2, the copy unit 20 includes an internal microprocessor 24 that is electrically connected to the host computer 12 for controlling the electromechanical operations of the copy unit 20. The copy unit 20 is constructed with a housing 14 having a deck 16 housing the electronics and drive assemblies, and a cabinet 18 housing the copying and printing components.

The deck 16 has a base platform 22 for a pivotal transport tower 58 and a series of disk spindle members 52 disposed in an arcuate arrangement around the transport tower 58. A removable transparent cover 59, shown in FIG. 2, encloses the tower 58 and disk spindle members 52 to protect the system from dust contamination during operation and allow for functioning of an air filtration circuit as later described.

In the preferred embodiment of FIGS. 1 and 2, the copy unit 20 has four disk spindle members 52. In such a configuration two of the disk spindle members 52 may hold blank CD-R disks, one disk spindle member designated as a master disk spindle member 52a may hold one or more master compact disks. The remaining disk spindle member is designated as a master output spindle 52b and is used to hold the master compact disks after source data has been transferred from the master disk.

The pivotal transport tower 58 is located in the center of the arc formed by the disk spindle members 52 and rotates about its longitudinal axis passing directly through the center of the arc. Attached to the pivotal transport tower 58 is an arm 56 that rotates along the arc as the pivotal transport tower 58 pivots and also travels vertically along the pivotal transport tower 58. A vertical aperture 64 having its center correspond to the arc is located on the arm 56.

As described below, the underside of the arm 56 has several components allowing the arm 56 to temporarily affix a compact disk to the underside of the arm 56 and retain the compact disk as the arm 56 travels radially or vertically. Other means including mechanical pickup mechanisms may be substituted for the preferred pneumatic unit of the described embodiment.

6,141,298

7

In FIG. 2., the arm 56 is positioned above one disk spindle member that is holding a stack of CD-R disks 50. For illustration purposes this disk spindle member is designated as the master disk spindle 52a, but it is to be understood that the physical transfer of compact disks from all disk spindle members is identical. At the base of each disk spindle member 52 is a removable spindle base 51 allowing the user to insert or remove a stack of compact disks held in place by the disk spindle member 52.

Upon activation of a motor housed inside the copy unit 20, the arm 56 descends with the disk spindle member 52 passing through the aperture 64, until a sensor 66 located on the underside of the arm 56 detects the presence of a compact disk 50. Then suction supplied by disk suction pickup unit 54 affixes the compact disk 50 to the underside of the arm 56, the suction remaining constant until the compact disk 50 is transported to its resting place. The suction then terminates and the compact disk 50 is released from the arm 56 by gravitational force.

Located opposite the disk spindle members 52 are two sets of stacked disk drive receptacle members 82. Each stacked disk drive receptacle member 82 accepts a standard stacked recordable disk drive member 84. Each stacked recordable disk drive member 84 has an autoloading tray 85 that, when fully opened, positions the center of a compact disk 87 along the radius are defined by the arc of the disk spindle members 52. This geometrical configuration allows the arm 56 to place and retrieve compact disks in any of the stacked recordable disk drive members in the same manner as the arm 56 places and retrieves compact disks on the disk spindle members 52.

For clarity, in FIG. 2 the components located inside the main copy assembly 20 are designated schematically by hatched rectangles, and where necessary, detailed drawings of these components are shown in other figures.

The deck 22 of the main copy assembly 20 is box-shaped, having a flat rectangular bottom and sides perpendicular to the bottom. Inside the deck 22 is a microprocessor 24 that is connected by an electrical connection 26 to an RS-232 port 28. A stepper motor 32 receives signals sent by the microprocessor 24 through an electrical connection 30. A shaft 34 leaving the stepper motor 32 connects to a gearing unit 36. Connected to the gearing unit 36 is an axle 38 that rotates when the stepper motor 32 is engaged. An external air hose 74 enters an opening in the deck 22 and terminates at a connection to a vacuum regulator 72.

A female power receptacle 40 allows for attachment of an electrical cord (not shown) providing standard 120V AC to a transformer 44 through an electrical line 42. As detailed below, the transformer 44 supplies power to components throughout the main copy assembly 20; inside the deck 22, the microprocessor 24 receives power through electrical line 46 and the stepper motor 36 receives power through electrical line 48.

Compact disks 50 sit on the top of the deck 22 and are held in place by one of the disk spindle members 52 until retained by the disk suction pickup unit 54 that is located on the underside of the arm 56. An aperture 64 through the arm 56 allows the disk suction pickup unit 54 to travel downward with the selected disk spindle member 52 passing through the aperture 64 as the disk suction pickup unit 54 travels downward below the vertical height of the top of the disk spindle member 52.

The disk suction pickup unit 54 has suction members 60 creating sufficient suction to hold one disk against the rubber stopper members 62 that keep the disk in a horizontal

8

position. The vacuum hose 70 is positioned along the inside wall of the pivotal transport tower 58 and one end is connected to the vacuum regulator 72. The other end of the vacuum hose 70 has three connector members 71 allowing the air flow to branch into each attached suction member 60. A sensor 66 is attached to the disk suction pickup unit 54 and sends a signal back to the microprocessor indicating the presence of a disk near the disk suction pickup unit 54.

The arm 56 is affixed to the pivotal transport tower 58 and rotation of the arm 56 is accomplished through pivoting of the pivotal transport tower 58. The other end of the arm 56 is secured around the axle 38, allowing for radial movement of the pivotal transport tower 58 when the axle 38 rotates.

Behind the pivotal transport tower 58 is the data transfer unit, designated generally by the numeral 80. Sitting on each of the two rear corners of the deck 22 is a stacked disk drive receptacle member 82 containing slotted receptacles 83 for holding a variable number of stacked recordable disk drive members 84, allowing the user vary the total number of recordable disk drives available to burn disks. Each stacked disk drive receptacle member 82 can also hold a read-only disk drive permitting very fast transfer of data from master disks.

The stacked disk drive receptacle members 82 are placed on top of the deck 22 along the outside of the perimeter of the circle formed by the disk spindle members 52 such that the arm 56 may transfer a disk to the space between the two stacked disk drive receptacle members 82. A disk transported to this region may then be inserted into any of the stacked recordable disk drive members 84 provided the stacked recordable disk drive members 84 have a standard motorized loading tray 85.

Located at the bottom of the region between the stacked disk drive receptacle members 82 on the top of the deck 22 is a disk reject slide 92 slanting downward out of the rear of the data transfer unit 80 that receives defective CD-R disks dropped down by the arm 56 in the region between the stacked disk drive receptacle members 82. Defective CD-R disks dropped onto disk reject slide 92 fall out of the main copy assembly 20 by gravity.

The system can also be equipped with an optional print application unit 93 that is placed behind the stacked disk drive receptacle members and loads and unloads CD-R disks in the space between the two stacked disk drive receptacle members 52 and directly above the disk reject slide 92. In this configuration, the print application unit 93 is electrically connected to the host computer 12 and imprints markings or printed labels to the top side of a burned CD-R disk.

The optional print application unit 93 is shown in FIGS. 5A and 5B. The print application unit comprises an ink jet printer or a thermal printer to imprint a blank disk with markings or labels. Where disk blanks are previously printed with markings 94, such as designs 94a, and a label window 94b as shown in FIG. 5B, it is necessary to rotate the disk or rotate the virtual bit mapping of the new marking or labels to be added, so that the new printing registers with the pre-existing printing. It is common, for example, for blank CD-R disks to have company names and logo's pre-printed by a silk screening process by the disk supplier or an intermediary. New material may comprise titles or added decorative work requiring registration coordination. Since disks are symmetrical and consistently positioned, proper angular orientation is all that is required to achieve registration.

In FIG. 5B, a disk 95 is positioned on retractable printer tray 96 and is preprinted with an angular registration mark,

6,141,298

9

such as dot mark 94C adjacent the hub hole. A digital camera 97 retrieves a digital image of at least the center portion of the disk, and the limited field area where the mark must necessarily be found is analyzed by a software program to locate the registration dot mark 94c and to determine its angular orientation. The virtual image in memory is rotated accordingly before or while the reoriented bit map is printed to disk.

By use of a simple registration mark positioned in a predetermined annular area, image analysis is greatly simplified and equipment costs are reduced. Furthermore, by consistent placement of the mark with respect to the angular orientation of the original printing, an initial run for image loading of the original printing is avoided.

When the print application unit is a thermal printer, the newly printed image or markings requires little or no time to cure before the disk can be robotically handled and moved to the output spindle. Ink jet printing requires a bit longer for the deposited ink to dry before handling. Ordinarily, with simple labels and text titles, the limited ink deposit dries during the time another disk is being recorded in a single station duplication system. In a multiple station system as is presently disclosed, accelerated drying is preferred to insure proper drying.

In the duplication system of this invention, accelerated drying for ink jet printing is aided by an elongated thermal element 98 at the lower edge of the partially shrouded opening 99 of the application unit 93. Heated air passing to an external vent member 90a at the back top of the print unit 93 accelerates the drying of the ink. The system is preferably programmed to allow the disk 95 to remain in the extended tray 96 as long as possible after printing before pickup by the pickup unit 54 on the transport tower 58 and deposit on the output spindle.

Located at the rear of the stacked disk drive receptacle members 82 are one or more electric fan members 86 that draw in air to ventilate the main copy assembly 20 preventing heat build-up created by the stacked recordable disk drive members 84. An air filter 88 is positioned on the interior rear wall of the data transfer unit 80 that filters the air drawn in by the electric fan members 86 before the air travels through the interior of the main copy assembly 20. The filtered air then exits the interior of the main copy assembly 20 through vent members 90b located on the deck 22.

In systems having the optional print application unit 93, the filtered and warmed air is passed through the printer to exit the auxiliary vent member 90a as described. The circulated air aids in drying of the printed disk deposited on the top of the output spindle as well.

In a system having a mechanical pickup unit that engages the disk hole and does not contact the newly printed surface, the thermal element and programmed delay of pickup may be unnecessary, and drying accomplished by the component warmed air circulated over the printed disk when on the printer tray and on the output spindle.

Referring to FIG. 3, a side view of the mechanical linkages that allow for movement of the pivotal transport tower is shown. The pivotal transport tower 58 has a cylindrical outer shell 100 that is oriented vertically and sits on a circular rotating base 102. Affixed to the bottom of the center of the rotating base 102 is an axle 38 that allows for radial movement of the pivotal transport tower 58.

The axle 104 passes through an aperture 106 in the top of the base platform 22 and also passes through an aperture 108 in a horizontal frame member 110. The end of the axle 38 is

10

affixed to the center of a pulley wheel member 112. Rotation of the pulley wheel member 112 is controlled by a belt 114 surrounding a second pulley wheel member 116.

Affixed to the center of the second pulley wheel member 116 is one end of an axle 118. The other end of the axle 118 is affixed to the center of a third pulley wheel member 120. Rotation of the third pulley wheel member 120 is controlled by a belt 122 that also surrounds the perimeter of a fourth pulley wheel member 124.

Rotation of the fourth pulley wheel member 124 is controlled by one end of a shaft 34 that is affixed to the center of the fourth pulley wheel 124. The other end of the axle 34 is connected to the stepper motor 32 that is the source of all rotation of the pivotal transport tower 58. Attached to the frame 110 is an encoder sensor 131 that is electrically connected to the stepper motor 32 and prevents over-rotation of the pivotal transport tower 58.

An aperture 130 through the cylindrical outer shell 100 allows for movement of the arm 56 along the vertical axis of the pivotal transport tower 58. The back 134 of the arm 56 is affixed to a belt 132 that travels vertically and raises or lowers the arm 56 as the belt 132 moves.

The top end of the belt 132 travels around a pulley wheel member 136. The outer side of the rear face of the belt 132 makes contact with a pulley wheel member 138 that makes the rear face of the belt 132 travel towards the rear of the pivotal transport tower 58.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 140 that is connected to a stepper motor 142 that rotates the pulley wheel member 140 when the stepper motor 142 is engaged.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 144 that changes the direction of the travel of the belt 132 back to vertical.

The stepper motor 142 is electrically connected to a limit sensor 146 placed above the pulley wheel member 136 and disengages the stepper motor 142 when the limit sensor 146 detects the presence of a limit flag 148 placed on the top of the arm 56.

One end of the air line 150 is connected to a vacuum line valve 152 that controls the flow of air through the air line 150. The air line 150 travels through the inside of the pivotal transport tower 58 and through the arm 56 and the disk suction pickup unit 54, with openings connected to each disk suction member 60.

Referring to FIGS. 4A through 4D, a flowchart of the procedures performed in a disk copy operation, are shown. The logic necessary to perform a disk copy operation is programmed into the computer software on the host computer and programmed into the microprocessor located inside the copy unit.

A user begins a disk copy operation by loading master disks on a disk spindle member designated as the master disk spindle member 52a and loading blank recordable disks onto other disk spindle members 52. The user then supplies power to the copy unit 20 and starts the computer software located in the host computer 12. These initialization sub-procedures are indicated in item step 200. A display 13 connected to the host computer 12 then prompts the user for information regarding the selection of the master disk spindle 52a and the location of the blank CD-R disks. The user also selects a master output spindle 52b that will hold master disks after the data transfer from each master disk to the host computer 12. The user also supplies instructions indicating the tracks on the master disks to be copied. This operation is indicated in item step 210.

6,141,298

| 11 | 12 |

When first powered on, the internal microprocessor **24** sends electrical signals to test the operation of the arm **56**, as indicated in item step **220**. The microprocessor **24** sends a set of flags back to the computer software to signal the status of the hardware located on the copy unit **20**, as indicated in item step **230**. If the computer software receives a status flag indicating hardware failure, the computer software issues a display error message for the user to decode, and the copy process is terminated, as indicated in item step **240**.

If the computer software receives status flags indicating the hardware is operational, the computer software sends instructions to the microprocessor that comprise a data acquisition subprocedure. The beginning of the data acquisition subprocedure is indicated in item step **250** and comprises item steps **260** through **340**.

In item step **260**, the computer software checks if a disk drive on the host computer contains an image of the master data. If an image file already exists, control of the software is transferred to item step **360**. Otherwise, control of the computer software is transferred to item step **270**.

As indicated in item step **270**, the computer software first compares the number of disk drives to the number of master disks loaded on the master disk spindle member **53**. If the number of stacked recordable disk drives **84** is greater than or equal to the number of master disks, the computer software sends a command set to the microprocessor **24** to transfer each master disk to an available stacked recordable disk drive **84**, as indicated in item step **280**.

The computer software then sequentially issues read commands to each stacked recordable disk drive **84** containing a master disk and transfers the source data from each master disk to the host computer **12**. These commands are summarized in item step **290**. Once the data transfer process is completed, the computer software sends a command set to the microprocessor to transfer each master disk back to the master output spindle **55**, as indicated in item step **300**, and the data acquisition subprocedure is complete.

If the number of stacked recordable disk drives **84** is less than the number of master disks, the computer software must loop through item steps **310** through **340** until all master disks have been transferred to an available stacked recordable disk drive **84**.

This loop begins when the computer software sends a command set to the microprocessor **24** to transfer the maximum number of remaining uncopied master disks held by the input spindle from the master disk spindle member **52***a* to the stacked recordable disk drives **84**, as indicated in item step **310**. Then in item step **320**, data is transferred from the master disks to the host computer **12** in the same manner as in item step **280**.

After all data from the master disks loaded in stacked recordable disk drives **84** has been transferred to the host computer **12**, the master disks are either transferred to the master output spindle **55**, or are ejected onto the disk reject slide **92**, as indicated in item step **330**.

The computer software completes this loop as indicated in item step **340** by comparing the number of uncopied master disks with zero, and returning to the top of the loop at item step **310** if any uncopied master disks remain. Once the data acquisition subprocedure is completed, control of the computer software is transferred to the beginning of the data transfer subprocedure, indicated as item step **360**.

At the beginning of the data transfer subprocedure, the computer software will, if necessary, reformat the image of the source data located on the hard drive of the host computer to ensure optimal recording speed and accuracy. This computation is indicated in item step **370**. A variable containing the number of copies made is initialized to zero, as indicated in item step **380**.

Item steps **390** through **430** correspond to a loop over all selected stacked recordable disk drives **84** whereby the computer software first issues commands to the microprocessor **24** to query the hardware status of each stacked recordable disk drive **84**, as indicated in item step **400**. The computer software will alert the user of any stacked recordable disk drive **84** that the microprocessor **24** has identified as non-operational, as indicated in item step **410**. Otherwise, the computer software will set a flag indicating that the queried CD-R drive is operational, as indicated in item step **420**.

Once the hardware test loop is completed, the computer software branches on a test of the number of operational stacked recordable disk drives **84**, as indicated in item step **440**. The computer software will exit the copy process if no stacked recordable disk drives **84** are operational, as indicated in item step **450**. Otherwise, the computer software initializes to zero a variable containing the number of copies made, as indicated in item step **460**.

The computer software then enters a main copy loop, indicated in item step **470**, that repeats until the number of copies made equals the desired number of copies. This comparison operation is made in item step **480**, and the proper termination of the copy process occurs in item step **490**.

If the number of copies made is less than the number of copies desired, the computer software initializes to zero a variable containing the number of copies currently loaded in the stacked recordable disk drives **84**, as indicated in item step **500**. The computer software then enters an inner loop comprising item steps **510** through **580**, with each cycle of the inner loop corresponding to the transfer of a blank disk to an available operational stacked recordable disk drive **84**.

This inner loop begins with a comparison of the number of copies desired with the sum of the copies already made plus the number of disks loaded the current batch transfer, as indicated in item step **520**. If the sum of the copies already made plus current number of disks loaded into the stacked recordable disk drives **84** equals the number of copies desired, the inner loop terminates, as indicated in item step **530**.

Otherwise, the computer software issues a set of commands to the microprocessor **24** to transfer a blank disk to the next available stacked recordable disk drive **84**, as indicated in item step **540**. The computer software then checks the status of the disk transfer, as indicated in item step **550**, and will terminate or otherwise commence other error handling subprocedures if the disk transfer failed, as indicated in item step **560**. Otherwise, the variable containing the number of disks loaded is incremented by one, as indicated in item step **570**.

Once the inner loop terminates at item step **580**, the stacked recordable disk drives **84** have been loaded with the maximum number of blank disks, the computer software sends electrical signal instructions that activate the physical transfer of source data to each blank disk loaded in the loaded stacked recordable disk drives **84**, as indicated in item step **590**. The computer software then examines copy status flags from each loaded stacked recordable disk drive **84**, as indicated in item step **600**, and issues a command set to the microprocessor **24** to discard burned CD-R disks corresponding to any bad copy status flags, as indicated in item step **610**.

6,141,298

13

In item step 620, the user can optionally configure the computer software to perform a data verification on each burned disk that is currently loaded in the stacked recordable disk drives 84. In this subprocedure, the computer software would direct each stacked recordable disk drive 84 to read the data off the burned disk and compare it to the source data residing on the hard drive of the host computer 12. Defective burned CD-R disks would be ejected from the copy unit in the same manner as in item step 610.

In item step 630, the user can optionally configure the copy unit to include a print application unit that imprints or labels the top of each burned CD-R disk with information transferred from the computer software. In this subprocedure, the burned CD-R disk is ejected from its stacked recordable disk drive 84 and vertically transported by the disk suction pickup unit 54 and then loaded into the input tray 96 of the print application unit 93.

The printer has internal software to effect the printing tasks including optional analysis of a preprinted disk and orientation of a virtual print image under command of the software of the copy unit. If optional print step is affirmative the print unit is ordered to extend the print tray 96 at step 632. The copy unit loads a correctly burned disk at step 633. If the print image must be oriented to register with a preprinting of the disk at option step 634, then the photo image step 635 takes an image of the disk which is analyzed at step 636 by the software to locate the orientation mark and calculate the angular orientation of the to-be printed image for proper registration at step 637. This accomplished, or if not required, the print disk step 638 is executed. After printing, the tray is extended at step 639, and a delay pickup decision at step 641 is made. If pickup is to be delayed, for example, to allow ink jet printing ink an extended opportunity to dry, the pickup is delayed at step 643 is made. If no, or after delay the print option loop returns to the main path at step 640 where the disk is eventually transferred to the output spindle or spindles.

The variable containing the number of loaded stacked recordable disk drives is reset to equal the number of properly burned CD-R disks, as indicated in item step 640. The total number of copies made is then incremented by the number of properly burned CD-R disks, as indicated in step 650. The computer software then issues a command set to the microprocessor 24 directing the transfer of the properly burned CD-R disks to one of the designated output spindles, as indicated in step 660. The computer software receives a status signal from the microprocessor 24 indicating whether the transfer occurred properly, as indicated in item step 670, and will display an error message and exit if a disk transfer failed, as indicated in step 680. Otherwise, control of the computer software drops to the bottom of the main loop 690 and then returns to the top of the main loop at item step 470.

While, in the foregoing, embodiments of the present invention have been set forth in considerable detail for the purposes of making a complete disclosure of the invention, it may be apparent to those of skill in the art that numerous changes may be made in such detail without departing from the spirit and principles of the invention.

What is claimed is:

1. A system for the duplication of data onto CD-R disks, the system comprising:

  a vacuum pump; and

  a copy unit, comprising:

  at least one set of multiple stacked recordable disk drives;

  a pivotal transport tower;

  a set of disk spindle members, arranged in a symmetric circular pattern around the pivotal transport tower,

14

  maintaining the order and placement of the stacked compact disks during the copy operations;

  an arm, connected to the pivotal transport tower and the vacuum pump, the arm transporting a CD-R disk located on the top of a stack held in place by one disk spindle member to any stacked recordable disk drive member, the arm capable of transporting a CD-R disk located in any stacked recordable disk drive member to the top of any stack held in place by one of the disk spindle members.

2. The system of claim 1, wherein the number of multiple stacked recordable disk drives may be increased or decreased by the user.

3. The system of claim 2, wherein the disk spindle members may be removed from or re-attached to the copy unit.

4. The system of claim 3, wherein the copy unit has an air filtration unit, the air filtration unit comprising:

  a set of electric fan members, the electric fan members drawing air into the inside of the copy unit;

  an air filter, the air filter positioned along the inside vertical face of the copy unit and filtering the air drawn into the copy unit by the electric fan members;

  a set of outflow vents located on the copy unit, the outflow vents allowing air drawn through the copy unit by the electric fan members to exit the copy unit.

5. The system of claim 4, wherein a host computer containing computer software and memory is connected to the copy unit, the computer software providing a user interface for output diagnostic messages of the copy unit through peripherals connected to the host computer.

6. The system of claim 5, wherein a microprocessor located inside the copy unit controls movement of the pivotal transport tower and the arm.

7. The system of claim 6, wherein the microprocessor is electrically connected to the host computer, the microprocessor sending electrical signals to the host computer and the microprocessor receiving electrical signal commands from the host computer, the computer software providing a user interface for control of the copy unit.

8. The system of claim 7, wherein the binary data to be copied is located on one or more master compact disks and is transferred to the memory of the host computer by at least one stacked recordable disk drive member.

9. The system of claim 8, wherein the computer software and the microprocessor provide a user interface for user input copy instructions for the control of each master compact disk during the duplication of the data when each master compact disk is held by a disk spindle member on the copy unit.

10. The system of claim 9, wherein the copy unit has a disk reject area, the arm capable of transporting defective CD-R disks, the disk pickup head receiving electrical signal commands from the microprocessor, the microprocessor receiving an electrical signal indicating a CD-R disk located in a stacked recordable disk drive member is defective, the electrical signal sent to the microprocessor by the stacked recordable disk drive member after the stacked recordable disk drive member attempts to read the CD-R disk.

11. The system of claim 10, wherein the copy unit has a print application area, the arm transporting CD-R disks to the print application area for application of symbols on the upper face of the CD-R disk, the arm then transporting the labeled disk to top of any stack held in place by one of the disk spindle members.

12. A compact disk recording system for the duplication of binary data onto CD-R disks, the system comprising:

6,141,298

15

lifting means for engaging and transporting a CD-R disk in a vertical direction;

a set of multiple stacked recordable disk drives;

rotating transport means for transporting the CD-R disk in a horizontal plane while the CD-R disk is engaged by the lifting means;

disk stacking means for holding CD-R disks in at least two stacks, the lifting means and rotating transport means transporting a CD-R disk located at the top of one of the stacks to any one of the multiple stacked recordable disk drives, the lifting means and rotating transport means transporting a CD-R disk located in any one of the multiple stacked recordable disk drives to the top of any one of the stacks.

13. The system of claim 12, wherein the system has master disk data transfer means for reading master data located on one or more compact disks and then transferring the master data onto a CD-R disk.

14. The system of claim 13, wherein the system has user interface means for pre-programming the control of the duplication of data.

15. The system of claim 14, wherein the system has defective CD-R disk detection means for detecting defective CD-R disks and ejection means for ejecting defective CD-R disks to an area away from the disk stacking means.

16. The system of claim 15, wherein the system has labeling means for the application of symbols on the upper face of the CD-R disks and transporting the labeled disk to the top of one of the stacks.

17. A system for the duplication of binary data onto CD-R disks having a recording side and a printing side, the system comprising:

a copy unit having

at least one set of multiple stacked recordable disk drives;

a pivotal transport tower;

a set of disk spindle members, arranged in a symmetric circular pattern around the pivotal transport tower, maintaining the order and placement of the stacked compact disks during the copy operations;

an arm, connected to the pivotal transport tower the arm transporting a CD-R disk located on the top of a stack held in place by one disk spindle member to any stacked recordable disk drive member, the arm capable of transporting a CD-R disk located in any stacked recordable disk drive member to the top of any stack held in place by one of the disk spindle members.

18. The system of claim 17, wherein the number of multiple stacked recordable disk drives may be increased or decreased by the user.

19. The system of claim 18, wherein the disk spindle members may be removed from or re-attached to the copy unit.

20. The system of claim 17, wherein a host computer containing computer software and memory is connected to the copy unit, the computer software providing a user interface for output diagnostic messages of the copy unit through peripherals connected to the host computer.

21. The system of claim 20, wherein a microprocessor located inside the copy unit controls movement of the pivotal transport tower and the arm.

22. The system of claim 21, wherein the microprocessor is electrically connected to the host computer, the microprocessor sending electrical signals to the host computer and the microprocessor receiving electrical signal commands from the host computer, the computer software providing a user interface for control of the copy unit.

16

23. The system of claim 20, wherein the binary data to be copied is located on one or more master compact disks and is transferred to the memory of the host computer by at least one stacked recordable disk drive member.

24. The system of claim 23, wherein the computer software and the microprocessor provide a user interface for user input copy instructions for the control of each master compact disk during the duplication of the data when each master compact disk is held by a disk spindle member on the copy unit.

25. The system of claim 24, wherein the copy unit has a disk reject area, the arm capable of transporting defective burned CD-R disks, the disk pickup head receiving electrical signal commands from the microprocessor, the microprocessor receiving an electrical signal indicating a burned CD-R disk located in a stacked recordable disk drive member is defective, the electrical signal sent to the microprocessor by the stacked recordable disk drive member after the stacked recordable disk drive member attempts to read the burned CD-R disk.

26. The system of claim 17, wherein the copy unit has a print application unit, the arm transporting a CD-R disk to the print application unit for printing on the printing side of the CD-R disk, the arm then transporting the printed disk to top of any stack held in place by one of the disk spindle members.

27. The system of claim 26, wherein the print application unit includes means for drying a printed disk.

28. The system of claim 27 wherein the copy unit has means for circulating air, and wherein the print application units has vent means located to optimize drying of a printed disk in the print application unit by air circulating means of the copy unit.

29. The system of claim 27 wherein the drying means includes a thermal element.

30. The system of claim 26, wherein the CD-R disks are preprinted and include a preprinted orientation mark, and wherein the print application unit includes means for detecting the preprinted orientation mark, computer program means for determining the angular location of the orientation mark, and computer program means for rotationally orienting a to-be-printed image in registration with the preprinted orientation mark.

31. In a compact disk copying system having at least one disk copying drive with a disk receiving device and at least one disk holding structure for storing compact disks in a disk stack, a disk transport mechanism comprising:

a base platform;

a transport tower on the base platform with a vertical axis;

a positioning arm connected to the transport tower, the positioning arm having a disk pickup mechanism positioned on the arm displaced from the central vertical axis of the transport tower;

a pivot mechanism operably connected to the transport tower and positioning arm wherein the disk pickup mechanism is moveable in a radial arc about the vertical axis of the transport tower;

a displacement mechanism operably connected to the positioning arm and transport tower wherein the positioning arm is vertically displaceable along a path adjacent to the vertical axis of the transport tower and vertically positionable at any selected position on the path;

wherein the disk holding structure and the disk receiving member are constructed and positioned relative to the transport tower to hold at least one compact disk

6,141,298

17

oriented in a horizontal plane, with a disk center positioned on the radial arc of the disk pickup mechanism; and

an electronic controller operably connected to the pivot mechanism and displacement mechanism for independent operation of the pivot mechanism and displacement mechanism wherein the disk pickup mechanism is selectively transportable to one of the disk holding structure and disk receiving member for engaging one of the compact disks, and, transportable to the other of the disk holding structure and disk receiving member for release of the engaged disk.

32. The disk transport mechanism in the compact disk copying system of claim 31 wherein the disk pickup mechanism engages a compact disk proximate the center of the disk.

33. The disk transport mechanism in the compact disk copying system of claim 32 wherein the compact disk has a center and the disk pickup mechanism engages the compact disk proximate the center hole of the disk.

34. The disk transport mechanism in the compact disk copying system of claim 33 wherein the compact disk has a top surface and the disk pickup mechanism includes a suction device that contacts the top surface to the compact disk and engages the disk when suction is applied to the suction device.

35. The disk transport mechanism in the compact disk copying system of claim 34 wherein the suction device includes spaced suction members that contact the top surface of the disk.

36. The disk transport mechanism in the compact disk copying system of claim 35 wherein the positioning arm is substantially horizontally oriented relative to the vertical axis of the transport tower, the positioning arm having an underside wherein the disk pickup mechanism is mounted to the underside of the positioning arm.

37. The disk transport mechanism in the compact disk copying system of claim 31 wherein the displacement mechanism includes a tracking device for vertically displacing the pivoting arm along the vertical path adjacent the axis of the transport tower.

38. The disk transport mechanism in the compact disk copying system of claim 37 wherein the tracking device includes a belt and pully assembly with a belt drive, the positioning arm being connected to the belt.

18

39. In a compact disk copying system having at least one disk copying drive with a disk receiving device and at least one disk holding structure for storing compact disks in a disk stack, a disk transport mechanism comprising:

a base platform;

a transport tower on the base platform with a vertical axis;

a positioning arm connected to the transport tower, the positioning arm having a disk pickup mechanism positioned on the arm displaced from the central vertical axis of the transport tower;

a pivot mechanism operably connected to the transport tower and positioning arm wherein the disk pickup mechanism is moveable in a radial arc about the vertical axis of the transport tower on operation of the pivot mechanism;

a displacement mechanism operably connected to the positioning arm and transport tower wherein the positioning arm is vertically displaceable along a path adjacent to the vertical axis of the transport tower and vertically positionable at any selected position on the path;

wherein the disk holding structure and the disk receiving member are constructed and positioned relative to the transport tower to hold at least one compact disk oriented in a horizontal plane, with a disk center positioned on the radial arc of the disk pickup mechanism; and

an electronic controller operably connected to the pivot mechanism and displacement mechanism wherein the disk pickup mechanism is selectively transportable to one of the disk holding structure and disk receiving member by pivot of the positioning arm by the pivot mechanism, wherein one of the compact disks is engaged by the disk pickup mechanism and vertically displaced by the displacement mechanism, and, transportable to the other of the disk holding structure and disk receiving member by pivot of the positioning arm by the pivot mechanism and independent displacement of the displacement mechanism, wherein the engaged disk is released by the disk pickup mechanism.

\*  \*  \*  \*  \*

US006532198B1

(12) **United States Patent**   (10) **Patent No.:**     **US 6,532,198 B1**
Miller   (45) **Date of Patent:**     **Mar. 11, 2003**

(54) **PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM**

(75) Inventor: **David Miller**, Orinda, CA (US)

(73) Assignee: **Wordtech Systems, Inc.**, Concord, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/696,376**

(22) Filed: **Oct. 25, 2000**

**Related U.S. Application Data**

(60) Division of application No. 09/152,815, filed on Sep. 14, 1998, now Pat. No. 6,141,298, which is a continuation-in-part of application No. 08/816,257, filed on Mar. 13, 1997, now abandoned.

(51) **Int. Cl.<sup>7</sup>** ............................................ G11B 17/22
(52) **U.S. Cl.** ........................................ 369/36; 369/178
(58) **Field of Search** ........................... 369/29, 30, 32, 369/33, 34, 36, 37, 38, 42, 75.2, 178, 197, 201, 202

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,291,465 A | * | 3/1994 | Dennis | 369/34 X |
| 5,532,986 A | * | 7/1996 | Sakiyama | 369/38 X |
| 5,703,453 A | * | 12/1997 | An | 369/38 X |
| 5,914,918 A | * | 6/1999 | Lee et al. | 369/34 |
| 5,946,216 A | * | 8/1999 | Hollerich | 369/34 X |

OTHER PUBLICATIONS

Cochrane, K., "Automated CD–R Recording, Duplication or Replication?" circa Jun. 6, 1996, p. 2 (MTC Trans/corder), San Jose, California, USA.

* cited by examiner

Primary Examiner—Paul W. Huber
(74) Attorney, Agent, or Firm—Richard Esty Peterson Patent Attorney

(57)     **ABSTRACT**

A system for the duplication of binary data onto CD-R disks, the system including a copy unit, a host computer and computer software, the software being installed in the host computer to provide a user interface and to direct the transfer of data from the host computer to the copy unit, the copy unit including a set of multiple stacked recordable disk drives, a microprocessor electronically connected to the activating mechanism of a pivotal transport tower and to the set of multiple stacked recordable disk drives. A robotic disk pickup head on the pivotal transport tower is encompassed by a set of disk spindle members arranged in a symmetric semi-circular pattern around the central tower, the disk pickup head being connected to the pivotal transport tower with an elevator mechanism for lifting and transporting compact disks among the disk spindle members and any selected one of the stacked recordable disk drive members. The microprocessor concurrently directs the movement of the disk pickup head and the copying of data to the CD-R disks in the disk drive members. After a disk copy operation is completed, the computer software and microprocessor may direct the stacked recordable disk drive members to inspect the burned CD-R disks for copy errors and further direct the disk pickup head to remove and eject defective burned CD-R disks and place properly burned CD-R disks on a specified disk spindle member. The system allows for source data to be read from multiple master compact disks inserted in specified stacked recordable disk drive members to provide for random access copying from the multiple master compact disks.

**20 Claims, 8 Drawing Sheets**





*FIG. 1*



FIG. 2



FIG. 3



*FIG. 4A*



*FIG. 4B*



*FIG. 4C*



*FIG. 4D*



*FIG. 5A*



*FIG. 5B*

US 6,532,198 B1

1

# PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. application Ser. No. 09/152,815, filed Sep. 14, 1998, now U.S. Pat. No. 6,141,198, issued Oct. 31, 2000, which is a continuation-in-part of application Ser. No. 08/816,257, filed Mar. 13, 1997, abandoned.

## BACKGROUND OF THE INVENTION

Digital compact disks were originally conceived in the early 1980's as a technique to accurately copy and preserve audio recordings intended for sale to a mass market of consumers. As computing power has increased exponentially since that time, information processing tasks unthinkable only a few years ago have become commonplace and require large amounts of data most economically and conveniently stored on digital compact disks.

Until recently the transfer of data onto compact digital disks was a costly procedure economically feasible only when manufacturing a large quantity of copies. Users whose applications required relatively few copies or required frequent data updates could not reap the benefits of this technology, even though lowcost disk-readers were readily available.

The advent of recordable digital compact disks, generally referred to as "CD-R" disks, was intended to allow users to record their own disks and thereby achieve significant savings. Unlike a common compact disk that has been pressed by a mold, a CD-R has a dye layer that is etched by a laser contained in the CD-R disk drive. Once etched, the "burned" CD-R disk is unalterable and will retain data for approximately 75 years.

Several practical problems have prevented CD-R users from attaining maximal efficiency in the copy process, especially when attempting to make multiple disk copies in a short amount of time. The primary problem occurring in this situation is that the data throughput from the data source, such as a file on a hard disk drive or a master compact digital disk, to the write head of the CD-R drive is interrupted during the copy process. Many times when this occurs the data buffer to the write head of the CD-R drive is exhausted and null data is written onto the CD-R disk, making the CD-R disk irrevocably defective.

The frequency of such a defective CD-R disk write increases at least linearly as the drive speed of the CD-R writing head is increased. The industry standard speed is approximately 150K Bytes per second. Some CD-R disk drives can write data at four times this standard speed, but while this increased speed lowers the total copying time, the frequency of defective CD-R disk writes increases as data throughput from the data source is increased.

An additional problem in a volume copying process is the necessity for direct human supervision to prepare CD-R disks for copying, remove the disks from the CD-R disk writer once copying is complete, and then prepare the disks for inspection to ensure no defective CD-R disks are retained in the completed set of copies. Aside from the tedium involved that may indirectly add errors, requiring human attention in this process adds a significant labor cost that is added to the end-user price.

The copy speed versus accuracy problem described above is solved when the CD-R disk writer is configured to

2

concurrently copy the data onto multiple CD-R disks. For example, the total copy time for two CD-R disk drives concurrently copying data at 150K Bytes per second is the same as one CD-R disk drive serially copying two CD-R disks at 300K Bytes per second, and the frequency of disk write errors using the concurrent disk drives is approximately half that of the serial disk drive.

This system uses the concurrent copying method described above and also eliminates the necessity of direct human supervision of the copy process through the unique circular arrangement of CD-R disk spindle members around a pivotal transport tower containing a disk pickup head that lifts a blank disk from a disk spindle member and transports the disk to one of the available stacked CD-R disk drives. After the recording process is complete the disk pickup head retrieves and transports the burned CD-R disk copy to a specified disk spindle member for copied disks.

The electrical and physical configuration of this system provides several additional benefits to users. The semi-circular arrangement of disk spindle members around the pivotal transport tower minimizes the number of moving parts needed to construct the disk transport assembly. A system having more disk spindle members can be constructed by increasing the radius of the circle formed by the disk spindle members. Similarly, the arrangement of two stacked sets of recordable disk drives allows for a scaleable design permitting the user to make low-cost upgrades.

Prior disk copy methods only provided for lineal copying of a single source disk. The configuration of this system allows for several master compact disks to be transportable by the disk hub to a selected disk read head so that the copy process from the master compact disks is a random access process.

Yet another benefit provided by this system is the system's ability to test burned CD-R disks for disk write errors, and through use of the pivotal transport tower, eject a defective CD-R disk isolating the defective CD-R disks from the set of properly burned CD-R disks.

## SUMMARY OF THE INVENTION

The programmable, automatic compact disk duplication system of this invention includes a copy unit, a host computer, and computer software. The host computer and computer software provide an interface allowing the user to pre-program the copy unit to perform a completely unattended copy and data verification operation upon blank CD-R disks pre-loaded in the copy unit.

While not required for operation of the duplication system, it is preferred that the duplication system use an IBM PC-clone running a DOS or Windows operating system so that users need not purchase additional computer hardware to operate the duplication system. Hardware-specific computer components necessary to describe the duplication system will reference IBM PC and Windows specifications; however the duplication system is not intended to remain limited to these specifications and a designer skilled in the art would be able to translate these specifications into hardware and software equivalents for systems using Apple, UNIX, or IBM protocols.

The Copy Unit

The copy unit has a main copy assembly with an external vacuum pump. The primary components inside a housing for the main copy assembly include a microprocessor, a set of disk spindle members, a pivotal transport tower, a data transfer unit, a vacuum regulator and an air filtration unit. The external vacuum pump is connected to the vacuum

US 6,532,198 B1

| 3 | 4 |

regulator by an air hose leading to a disk suction pickup unit affixed to the pivotal transport tower.

1. The Microprocessor

The microprocessor is an internal control unit for the copy unit and is electrically connected to the host computer, the pivotal transport tower, and all CD-R disk drive heads. In the preferred embodiment, a 8031 microprocessor is used, but any 8-bit microprocessor capable of processing a command set of about 20 commands could be used.

The microprocessor receives user input generated by the software that is executed on the user's host computer. The computer software processes the user input into a set of ASCII commands sent to microprocessor via an RS-232 interface. The ASCII command set used is a variant of the Trace Mountain protocol that is often used to interface software to hardware copy devices. Commands sent by the computer software to the microprocessor consist of one letter or one letter and two digits.

Once the microprocessor is sent a command by the host computer, the microprocessor parses the command and sends an electrical signal to the pivotal transport tower. Depending on the command sent by the computer software, the microprocessor will transmit back to the computer software a "ready" indication, an echo of the command received, or a status indication that command received was successfully or unsuccessfully executed. This status indication is then interpreted by the computer software into user readable information displayed on the host computer's video output display.

2. The Disk Spindle Members

A set of disk spindle members are located on a front horizontal deck of the copy unit. The bottom of each disk spindle member is affixed to the horizontal deck of the copy unit and projects vertically from the deck. The diameter of each disk spindle member is slightly smaller than the center hole of a CD-R disk, allowing for free vertical movement of the CD-R disk when the disk is located on the disk spindle member.

The disk spindle members are affixed to the horizontal deck of the copy unit along an arc of a circle around the axis of the pivotal transport tower. It is expected that at least two disk spindle members are affixed to the horizontal deck of the copy unit, allowing one disk spindle member to hold blank CD-R disks and the other disk spindle member to hold burned CD-R disks. The radius of the circle is selected such that CD-R disks located on adjoining spindles do not touch each other.

3. The Pivotal Transport Tower

The pivotal transport tower is centrally located in the copy unit at the radial center of the arc formed by the disk spindle members. The pivotal transport tower is cylindrically shaped, with a vertically displaceable arm projecting radially from the pivotal transport tower. Inside the pivotal transport tower is an axle along the vertical axis of the pivotal transport tower. The axle is affixed to the base of the pivotal transport tower. Connected to the axle is a first drive motor capable of pivoting the pivotal transport tower about its vertical axis. Control of the first drive motor is also supplied from electrical signals sent by the microprocessor.

An arm for a disk pickup head projects radially from the pivotal transport tower. One end of the arm is connected to a belt running vertically along the inside of the pivotal transport tower. The bottom of the belt travels around a set of gears that are connected to a second drive motor. When the second drive motor rotates the belt, the arm is raised or lowered depending on the direction of rotation of the belt.

The other end of the arm supports a disk pickup head which has a disk suction pickup unit. The disk suction pickup unit is triangle-shaped and has a circular aperture located at its apex. The diameter of the aperture is slightly wider than the diameter of a disk spindle member. Located on the underside of the disk suction pickup unit near each vertice of the disk suction pickup unit is one suction member and one rubber stopper member. A sensor also protrudes downward from the underside of the disk suction pickup unit and relays an electrical signal back to the microprocessor indicating the presence of a target disk near the disk suction pickup unit.

Additionally, during operation of the disk suction pickup unit, RAM memory located in the microprocessor or electrically connected to the microprocessor retains data for each disk spindle member corresponding to the approximate vertical distance the disk suction unit must travel before retrieving a blank CD-R disk or placing a burned CD-R disk back onto the disk spindle member.

When the disk suction pickup unit is operated, the suction members draw in air, causing the target disk to adhere to the suction members, holding the target disk horizontally against the rubber stopper members.

The size and placement of the arm and the disk suction pickup unit are chosen so that during a disk pick-up or drop-down operation the selected disk spindle member passes through the aperture as the arm lowers below the top of the selected disk spindle member.

In a typical disk transport operation, the microprocessor issues a sequential set of electrical signals that are translated into a sequential set of operations performed by the second drive motor, the first drive motor, and the disk suction pickup unit. For example, the following sequential operations controlled by the microprocessor occur when the copy unit transfers the top CD-R disk from a stack of CD-R disks surrounding a selected spindle to the data transfer unit:

the first drive motor raises the disk suction pickup unit to a height such that all components of the disk suction pickup unit are above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower to position the disk suction pickup unit over the selected disk spindle member, placing the aperture directly above the disk spindle member;

the first drive motor lowers the disk suction pickup unit along the disk spindle member until the suction members make contact with the CD-R disk;

the suction members engage and hold the CD-R disk;

the first drive motor raises the disk suction pickup unit along the disk spindle member until the CD-R disk held by the suction members is above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower, positioning the CD-R disk held by the suction members for transfer into the data transfer unit.

4. The Data Transfer Unit

The data transfer unit comprises two stacked disk drive receptacle members and a variable number of stacked recordable disk drive members. The two stacked disk drive receptacle members are affixed on opposite sides of the back horizontal deck of the copy unit and positioned along the arc of the circle formed by the disk spindle members at a distance greater than the diameter of a CD-R disk. Each stacked recordable disk drive member fits in a slotted receptacle member located in one of the two stacked disk drive receptacle members and is positioned on the perimeter of the circle formed by the disk spindle members, making each stacked recordable disk drive member capable of receiving a disk transported by the arm.

US 6,532,198 B1

5

Each stacked recordable disk drive member sends and receives binary data with the computer software via a standard 50-pin SCSI connection between the stacked recordable disk drive member and the host computer. Manual loading and unloading of a CD-R disk in every stacked recordable disk drive member is accomplished through an input-output tray member that is a standard feature of recordable and read-only disk drives; control of the input-output tray member is also communicated through each stacked recordable disk drive member's SCSI connection.

In the preferred embodiment, the top of the main copy assembly located in the void between the two stacked recordable disk drive members has a disk reject slide that is constructed at a downward angle, allowing the combination of the pivotal transport tower and the two stacked recordable disk drive members to eject defective CD-R disks out of the main copy assembly by dropping them onto the disk reject slide. Gravity pulls the defective CD-R disk downward along disk reject slide and the defective CD-R disk leaves the main copy assembly.

An additional hardware item easily added to the data transfer unit is a standard disk printer that affixes printed labels or imprints the top side of any burned CD-R disk. In this configuration, the disk printer is placed along the rear wall of the copy unit so that the input/output loading tray of the disk printer opens into the void between the two stacked recordable disk drive members.

5. The Vacuum Regulator and the External Vacuum Pump

The vacuum regulator is housed inside the main copy assembly and is connected to the suction members by a set of internal air hose members. An external air hose connects the vacuum regulator to the external vacuum pump that is physically separated from the main copy assembly in order to reduce vibrations inside the main copy assembly. The vacuum regulator maintains a constant pressure vacuum and is controlled by the microprocessor.

6. The Air Filtration Unit

The air filtration unit creates a flow of filtered air through the inside of the main copy assembly to significantly reduce CD-R disk read or write errors caused by dust or other contaminants that may be in the air surrounding the duplication system. The air filtration unit comprises a set of electric fan members, an air filter, a set of outflow vents, and an outer cover covering the outside of the main copy assembly. The electric fan members are positioned along the back vertical face of the main copy assembly and when operated draw air into the inside of the main copy assembly.

Positioned along the inside vertical face of the main copy assembly is an air filter that filters air drawn in by the electric fan members before it can circulate through the inside of the main copy assembly. The filtered air then exits the main copy assembly through the outflow vents.

The Host Computer

No particular type of host computer is necessary to support the copy unit and the computer software. A conventional personal computer equipped with a SCSI throughput interface and a hard disk drive capable of retaining an image of the master data will suffice.

The Computer Software

In the preferred embodiment, the computer software necessary to direct the data transfer operations is written in the "C" programming language running under a Windows operating system. However, the computer software could be written using any computer language and operating system compatible with the computer used, provided Trace Mountain—type protocols can be sent to the copy unit via an RS-232 or SCSI connection between the host computer and the copy unit.

6

These and other features will become apparent from a consideration of the Detailed Description of the Preferred Embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of the compact disk duplication system this invention with a perspective view of the copy unit.

FIG. 2 is a side view of the main copy assembly with the clear outer cover removed.

FIG. 3 is an enlarged side view of the pivotal transport tower.

FIGS. 4A–D are segments of a continuing flowchart diagram of the procedures performed in a disk copy operation.

FIGS. 5A and 5B are schematic representations of an auxiliary print application unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, the programmable automatic compact disk duplication system of this invention is designated generally by the reference numeral 10. The duplication system 10 includes a host computer 12, shown schematically, connected to a copy unit 20. The host computer 12 comprises a programmable computer that includes computer software for providing a user interface for operating the copying process of the copy unit 20. It is to be understood that the host computer may be incorporated into the copy unit 20 with the copy unit having a keyboard or other input device such as a control panel for managing the operation of the copy unit 20.

As shown in FIG. 2, the copy unit 20 includes an internal microprocessor 24 that is electrically connected to the host computer 12 for controlling the electromechanical operations of the copy unit 20. The copy unit 20 is constructed with a housing 14 having a deck 16 housing the electronics and drive assemblies, and a cabinet 18 housing the copying and printing components.

The deck 16 has a base platform 22 for a pivotal transport tower 58 and a series of disk spindle members 52 disposed in an arcuate arrangement around the transport tower 58. A removable transparent cover 59, shown in FIG. 2, encloses the tower 58 and disk spindle members 52 to protect the system from dust contamination during operation and allow for functioning of an air filtration circuit as later described.

In the preferred embodiment of FIGS. 1 and 2, the copy unit 20 has four disk spindle members 52. In such a configuration two of the disk spindle members 52 may hold blank CD-R disks, one disk spindle member designated as a master disk spindle member 52a may hold one or more master compact disks. The remaining disk spindle member is designated as a master output spindle 52b and is used to hold the master compact disks after source data has been transferred from the master disk.

The pivotal transport tower 58 is located in the center of the arc formed by the disk spindle members 52 and rotates about its longitudinal axis passing directly through the center of the arc. Attached to the pivotal transport tower 58 is an arm 56 that rotates along the arc as the pivotal transport tower 58 pivots and also travels vertically along the pivotal transport tower 58. A vertical aperture 64 having its center correspond to the arc is located on the arm 56.

As described below, the underside of the arm 56 has several components allowing the arm 56 to temporarily affix

US 6,532,198 B1

7

a compact disk to the underside of the arm 56 and retain the compact disk as the arm 56 travels radially or vertically. Other means including mechanical pickup mechanisms may be substituted for the preferred pneumatic unit of the described embodiment.

In FIG. 2., the arm 56 is positioned above one disk spindle member that is holding a stack of CD-R disks 50. For illustration purposes this disk spindle member is designated as the master disk spindle 52a, but it is to be understood that the physical transfer of compact disks from all disk spindle members is identical. At the base of each disk spindle member 52 is a removable spindle base 51 allowing the user to insert or remove a stack of compact disks held in place by the disk spindle member 52.

Upon activation of a motor housed inside the copy unit 20, the arm 56 descends with the disk spindle member 52 passing through the aperture 64, until a sensor 66 located on the underside of the arm 56 detects the presence of a compact disk 50. Then suction supplied by disk suction pickup unit 54 affixes the compact disk 50 to the underside of the arm 56, the suction remaining constant until the compact disk 50 is transported to its resting place. The suction then terminates and the compact disk 50 is released from the arm 56 by gravitational force.

Located opposite the disk spindle members 52 are two sets of stacked disk drive receptacle members 82. Each stacked disk drive receptacle member 82 accepts a standard stacked recordable disk drive member 84. Each stacked recordable disk drive member 84 has an autoloading tray 85 that, when fully opened, positions the center of a compact disk 87 along the radius are defined by the arc of the disk spindle members 52. This geometrical configuration allows the arm 56 to place and retrieve compact disks in any of the stacked recordable disk drive members in the same manner as the arm 56 places and retrieves compact disks on the disk spindle members 52.

For clarity, in FIG. 2 the components located inside the main copy assembly 20 are designated schematically by hatched rectangles, and where necessary, detailed drawings of these components are shown in other figures.

The deck 22 of the main copy assembly 20 in box-shaped, having a flat rectangular bottom and sides perpendicular to the bottom. Inside the deck 22 is a microprocessor 24 that is connected by an electrical connection 26 to an RS-232 port 28. A stepper motor 32 receives signals sent by the microprocessor 24 through an electrical connection 30. A shaft 34 leaving the stepper motor 32 connects to a gearing unit 36. Connected to the gearing unit 36 is an axle 38 that rotates when the stepper motor 32 is engaged. An external air hose 74 enters an opening in the deck 22 and terminates at a connection to a vacuum regulator 72.

A female power receptacle 40 allows for attachment of an electrical cord (not shown) providing standard 120V AC to a transformer 44 through an electrical line 42. As detailed below, the transformer 44 supplies power to components throughout the main copy assembly 20; inside the deck 22, the microprocessor 24 receives power through electrical line 46 and the stepper motor 36 receives power through electrical line 48.

Compact disks 50 sit on the top of the deck 22 and are held in place by one of the disk spindle members 52 until retained by the disk suction pickup unit 54 that is located on the underside of the arm 56. An aperture 64 through the arm 56 allows the disk suction pickup unit 54 to travel downward with the selected disk spindle member 52 passing through the aperture 64 as the disk suction pickup unit 54 travels

8

downward below the vertical height of the top of the disk spindle member 52.

The disk suction pickup unit 54 has suction members 60 creating sufficient suction to hold one disk against the rubber stopper members 62 that keep the disk in a horizontal position. The vacuum hose 70 is positioned along the inside wall of the pivotal transport tower 58 and one end is connected to the vacuum regulator 72. The other end of the vacuum hose 70 has three connector members 71 allowing the air flow to branch into each attached suction member 60. A sensor 66 is attached to the disk suction pickup unit 54 and sends a signal back to the microprocessor indicating the presence of a disk near the disk suction pickup unit 54.

The arm 56 is affixed to the pivotal transport tower 58 and rotation of the arm 56 is accomplished through pivoting of the pivotal transport tower 58 The other end of the arm 56 is secured around the axle 38, allowing for radial movement of the pivotal transport tower 58 when the axle 38 rotates.

Behind the pivotal transport tower 58 is the data transfer unit, designated generally by the numeral 80. Sitting on each of the two rear corners of the deck 22 is a stacked disk drive receptacle member 82 containing slotted receptacles 83 for holding a variable number of stacked recordable disk drive members 84, allowing the user vary the total number of recordable disk drives available to burn disks. Each stacked disk drive receptacle member 82 can also hold a read-only disk drive permitting very fast transfer of data from master disks.

The stacked disk drive receptacle members 82 are placed on top of the deck 22 along the outside of the perimeter of the circle formed by the disk spindle members 52 such that the arm 56 may transfer a disk to the space between the two stacked disk drive receptacle members 82. A disk transported to this region may then be inserted into any of the stacked recordable disk drive members 84 provided the stacked recordable disk drive members 84 have a standard motorized loading tray 85.

Located at the bottom of the region between the stacked disk drive receptacle members 82 on the top of the deck 22 is a disk reject slide 92 slanting downward out of the rear of the data transfer unit 80 that receives defective CD-R disks dropped down by the arm 56 in the region between the stacked disk drive receptacle members 82. Defective CD-R disks dropped onto disk reject slide 92 fall out of the main copy assembly 20 by gravity.

The system can also be equipped with an optional print application unit 93 that is placed behind the stacked disk drive receptacle members and loads and unloads CD-R disks in the space between the two stacked disk drive receptacle members 52 and directly above the disk reject slide 92. In this configuration, the print application unit 93 is electrically connected to the host computer 12 and imprints markings or printed labels to the top side of a burned CD-R disk.

The optional print application unit 93 is shown in FIGS. 5A and 5B. The print application unit comprises an ink jet printer or a thermal printer to imprint a blank disk with markings or labels. Where disk blanks are previously printed with markings 94, such as designs 94a, and a label window 94b as shown in FIG. 5B, it is necessary to rotate the disk or rotate the virtual bit mapping of the new marking or labels to be added, so that the new printing registers with the pre-existing printing. It is common, for example, for blank CD-R disks to have company names and logo's pre-printed by a silk screening process by the disk supplier or an intermediary. New material may comprise titles or added decorative work requiring registration coordination. Since

US 6,532,198 B1

9

10

disks are symmetrical and consistently positioned, proper angular orientation is all that is required to achieve registration.

In FIG. 5B, a disk 95 is positioned on retractable printer tray 96 and is preprinted with an angular registration mark, such as dot mark 94C adjacent the hub hole. A digital camera 97 retrieves a digital image of at least the center portion of the disk, and the limited field area where the mark must necessarily be found is analyzed by a software program to locate the registration dot mark 94c and to determine its angular orientation. The virtual image in memory is rotated accordingly before or while the reoriented bit map is printed to disk.

By use of a simple registration mark positioned in a predetermined annular area, image analysis is greatly simplified and equipment costs are reduced. Furthermore, by consistent placement of the mark with respect to the angular orientation of the original printing, an initial run for image loading of the original printing is avoided.

When the print application unit is a thermal printer, the newly printed image or markings requires little or no time to cure before the disk can be robotically handled and moved to the output spindle. Ink jet printing requires a bit longer for the deposited ink to dry before handling. Ordinarily, with simple labels and text titles, the limited ink deposit dries during the time another disk is being recorded in a single station duplication system. In a multiple station system as is presently disclosed, accelerated drying is preferred to insure proper drying.

In the duplication system of this invention, accelerated drying for ink jet printing is aided by an elongated thermal element 98 at the lower edge of the partially shrouded opening 99 of the application unit 93. Heated air passing to an external vent member 90a at the back top of the print unit 93 accelerates the drying of the ink. The system is preferably programmed to allow the disk 95 to remain in the extended tray 96 as long as possible after printing before pickup by the pickup unit 54 on the transport tower 58 and deposit on the output spindle.

Located at the rear of the stacked disk drive receptacle members 82 are one or more electric fan members 86 that draw in air to ventilate the main copy assembly 20 preventing heat build-up created by the stacked recordable disk drive members 84. An air filter 88 is positioned on the interior rear wall of the data transfer unit 80 that filters the air drawn in by the electric fan members 86 before the air travels through the interior of the main copy assembly 20. The filtered air then exits the interior of the main copy assembly 20 through vent members 90b located on the deck 22.

In systems having the optional print application unit 93, the filtered and warmed air is passed through the printer to exit the auxiliary vent member 90a as described. The circulated air aids in drying of the printed disk deposited on the top of the output spindle as well.

In a system having a mechanical pickup unit that engages the disk hole and does not contact the newly printed surface, the thermal element and programmed delay of pickup may be unnecessary, and drying accomplished by the component warmed air circulated over the printed disk when on the printer tray and on the output spindle.

Referring to FIG. 3, a side view of the mechanical linkages that allow for movement of the pivotal transport tower is shown. The pivotal transport tower 58 has a cylindrical outer shell 100 that is oriented vertically and sits on a circular rotating base 102. Affixed to the bottom of the

center of the rotating base 102 is an axle 38 that allows for radial movement of the pivotal transport tower 58.

The axle 104 passes through an aperture 106 in the top of the base platform 22 and also passes through an aperture 108 in a horizontal frame member 110. The end of the axle 38 is affixed to the center of a pulley wheel member 112. Rotation of the pulley wheel member 112 is controlled by a belt 114 surrounding a second pulley wheel member 116.

Affixed to the center of the second pulley wheel member 116 is one end of an axle 118. The other end of the axle 118 is affixed to the center of a third pulley wheel member 120. Rotation of the third pulley wheel member 120 is controlled by a belt 122 that also surrounds the perimeter of a fourth pulley wheel member 124.

Rotation of the fourth pulley wheel member 124 is controlled by one end of a shaft 34 that is affixed to the center of the fourth pulley wheel 124. The other end of the axle 34 is connected to the stepper motor 32 that is the source of all rotation of the pivotal transport tower 58. Attached to the frame 110 is an encoder sensor 131 that is electrically connected to the stepper motor 32 and prevents over-rotation of the pivotal transport tower 58.

An aperture 130 through the cylindrical outer shell 100 allows for movement of the arm 56 along the vertical axis of the pivotal transport tower 58. The back 134 of the arm 56 is affixed to a belt 132 that travels vertically and raises or lowers the arm 56 as the belt 132 moves.

The top end of the belt 132 travels around a pulley wheel member 136. The outer side of the rear face of the belt 132 makes contact with a pulley wheel member 138 that makes the rear face of the belt 132 travel towards the rear of the pivotal transport tower 58.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 140 that is connected to a stepper motor 142 that rotates the pulley wheel member 140 when the stepper motor 142 is engaged.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 144 that changes the direction of the travel of the belt 132 back to vertical.

The stepper motor 142 is electrically connected to a limit sensor 146 placed above the pulley wheel member 136 and disengages the stepper motor 142 when the limit sensor 146 detects the presence of a limit flag 148 placed on the top of the arm 56.

One end of the air line 150 is connected to a vacuum line valve 152 that controls the flow of air through the air line 150. The air line 150 travels through the inside of the pivotal transport tower 58 and through the arm 56 and the disk suction pickup unit 54, with openings connected to each disk suction member 60.

Referring to FIGS. 4A through 4D, a flowchart of the procedures performed in a disk copy operation, are shown. The logic necessary to perform a disk copy operation is programmed into the computer software on the host computer and programmed into the microprocessor located inside the copy unit.

A user begins a disk copy operation by loading master disks on a disk spindle member designated as the master disk spindle member 52a and loading blank recordable disks onto other disk spindle members 52. The user then supplies power to the copy unit 20 and starts the computer software located in the host computer 12. These initialization subprocedures are indicated in item step 200. A display 13 connected to the host computer 12 then prompts the user for information regarding the selection of the master disk

US 6,532,198 B1

11

spindle 52a and the location of the blank CD-R disks. The user also selects a master output spindle 52b that will hold master disks after the data transfer from each master disk to the host computer 12. The user also supplies instructions indicating the tracks on the master disks to be copied. This operation is indicated in item step 210.

When first powered on, the internal microprocessor 24 sends electrical signals to test the operation of the arm 56, as indicated in item step 220. The microprocessor 24 sends a set of flags back to the computer software to signal the status of the hardware located on the copy unit 20, as indicated in item step 230. If the computer software receives a status flag indicating hardware failure, the computer software issues a display error message for the user to decode, and the copy process is terminated, as indicated in item step 240.

If the computer software receives status flags indicating the hardware is operational, the computer software sends instructions to the microprocessor that comprise a data acquisition subprocedure. The beginning of the data acquisition subprocedure is indicated in item step 250 and comprises item steps 260 through 340.

In item step 260, the computer software checks if a disk drive on the host computer contains an image of the master data. If an image file already exists, control of the software is transferred to item step 360. Otherwise, control of the computer software is transferred to item step 270.

As indicated in item step 270, the computer software first compares the number of disk drives to the number of master disks loaded on the master disk spindle member 53. If the number of stacked recordable disk drives 84 is greater than or equal to the number of master disks, the computer software sends a command set to the microprocessor 24 to transfer each master disk to an available stacked recordable disk drive 84, as indicated in item step 280.

The computer software then sequentially issues read commands to each stacked recordable disk drive 84 containing a master disk and transfers the source data from each master disk to the host computer 12. These commands are summarized in item step 290. Once the data transfer process is completed, the computer software sends a command set to the microprocessor to transfer each master disk back to the master output spindle 55, as indicated in item step 300, and the data acquisition subprocedure is complete.

If the number of stacked recordable disk drives 84 is less than the number of master disks, the computer software must loop through item steps 310 through 340 until all master disks have been transferred to an available stacked recordable disk drive 84.

This loop begins when the computer software sends a command set to the microprocessor 24 to transfer the maximum number of remaining uncopied master disks held by the input spindle from the master disk spindle member 52a to the stacked recordable disk drives 84, as indicated in item step 310. Then in item step 320, data is transferred from the master disks to the host computer 12 in the same manner as in item step 280.

After all data from the master disks loaded in stacked recordable disk drives 84 has been transferred to the host computer 12, the master disks are either transferred to the master output spindle 55, or are ejected onto the disk reject slide 92, as indicated in item step 330.

The computer software completes this loop as indicated in item step 340 by comparing the number of uncopied master disks with zero, and returning to the top of the loop at item step 310 if any uncopied master disks remain. Once the data

12

acquisition subprocedure is completed, control of the computer software is transferred to the beginning of the data transfer subprocedure, indicated as item step 360.

At the beginning of the data transfer subprocedure, the computer software will, if necessary, reformat the image of the source data located on the hard drive of the host computer to ensure optimal recording speed and accuracy. This computation is indicated in item step 370. A variable containing the number of copies made is initialized to zero, as indicated in item step 380.

Item steps 390 through 430 correspond to a loop over all selected stacked recordable disk drives 84 whereby the computer software first issues commands to the microprocessor 24 to query the hardware status of each stacked recordable disk drive 84, as indicated in item step 400. The computer software will alert the user of any stacked recordable disk drive 84 that the microprocessor 24 has identified as non-operational, as indicated in item step 410. Otherwise, the computer software will set a flag indicating that the queried CD-R drive is operational, as indicated in item step 420.

Once the hardware test loop is completed, the computer software branches on a test of the number of operational stacked recordable disk drives 84, as indicated in item step 440. The computer software will exit the copy process if no stacked recordable disk drives 84 are operational, as indicated in item step 450. Otherwise, the computer software initializes to zero a variable containing the number of copies made, as indicated in item step 460.

The computer software then enters a main copy loop, indicated in item step 470, that repeats until the number of copies made equals the desired number of copies. This comparison operation is made in item step 480, and the proper termination of the copy process occurs in item step 490.

If the number of copies made is less than the number of copies desired, the computer software initializes to zero a variable containing the number of copies currently loaded in the stacked recordable disk drives 84, as indicated in item step 500. The computer software then enters an inner loop comprising item steps 510 through 580, with each cycle of the inner loop corresponding to the transfer of a blank disk to an available operational stacked recordable disk drive 84.

This inner loop begins with a comparison of the number of copies desired with the sum of the copies already made plus the number of disks loaded the current batch transfer, as indicated in item step 520. If the sum of the copies already made plus current number of disks loaded into the stacked recordable disk drives 84 equals the number of copies desired, the inner loop terminates, as indicated in item step 530.

Otherwise, the computer software issues a set of commands to the microprocessor 24 to transfer a blank disk to the next available stacked recordable disk drive 84, as indicated in item step 540. The computer software then checks the status of the disk transfer, as indicated in item step 550, and will terminate or otherwise commence other error handling subprocedures if the disk transfer failed, as indicated in item step 560. Otherwise, the variable containing the number of disks loaded is incremented by one, as indicated in item step 570.

Once the inner loop terminates at item step 580, the stacked recordable disk drives 84 have been loaded with the maximum number of blank disks, the computer software sends electrical signal instructions that activate the physical transfer of source data to each blank disk loaded in the loaded stacked recordable disk drives 84, as indicated in

US 6,532,198 B1

13

item step **590**. The computer software then examines copy status flags from each loaded stacked recordable disk drive **84**, as indicated in item step **600**, and issues a command set to the microprocessor **24** to discard burned CD-R disks corresponding to any bad copy status flags, as indicated in item step **610**.

In item step **620**, the user can optionally configure the computer software to perform a data verification on each burned disk that is currently loaded in the stacked recordable disk drives **84**. In this subprocedure, the computer software would direct each stacked recordable disk drive **84** to read the data off the burned disk and compare it to the source data residing on the hard drive of the host computer **12**. Defective burned CD-R disks would be ejected from the copy unit in the same manner as in item step **610**.

In item step **630**, the user can optionally configure the copy unit to include a print application unit that imprints or labels the top of each burned CD-R disk with information transferred from the computer software. In this subprocedure, the burned CD-R disk is ejected from its stacked recordable disk drive **84** and vertically transported by the disk suction pickup unit **54** and then loaded into the input tray **96** of the print application unit **93**.

The printer has internal software to effect the printing tasks including optional analysis of a preprinted disk and orientation of a virtual print image under command of the software of the copy unit. If optional print step is affirmative the print unit is ordered to extend the print tray **96** at step **632**. The copy unit loads a correctly burned disk at step **633**. If the print image must be oriented to register with a preprinting of the disk at option step **634**, then the photo image step **635** takes an image of the disk which is analyzed at step **636** by the software to locate the orientation mark and calculate the angular orientation of the to-be printed image for proper registration at step **637**. This accomplished, or if not required, the print disk step **638** is executed. After printing, the tray is extended at step **639**, and a delay pickup decision at step **641** is made. If pickup is to be delayed, for example, to allow ink jet printing ink an extended opportunity to dry, the pickup is delayed at step **643** is made. If no, or after delay the print option loop returns to the main path at step **640** where the disk is eventually transferred to the output spindle or spindles.

The variable containing the number of loaded stacked recordable disk drives is reset to equal the number of properly burned CD-R disks, as indicated in item step **640**. The total number of copies made is then incremented by the number of properly burned CD-R disks, as indicated in step **650**. The computer software then issues a command set to the microprocessor **24** directing the transfer of the properly burned CD-R disks to one of the designated output spindles, as indicated in step **660**. The computer software receives a status signal from the microprocessor **24** indicating whether the transfer occurred properly, as indicated in item step **670**, and will display an error message and exit if a disk transfer failed, as indicated in item step **680**. Otherwise, control of the computer software drops to the bottom of the main loop **690** and then returns to the top of the main loop at item step **470**.

While, in the foregoing, embodiments of the present invention have been set forth in considerable detail for the purposes of making a complete disclosure of the invention, it may be apparent to those of skill in the art that numerous changes may be made in such detail without departing from the spirit and principles of the invention.

What is claimed is:

1. A system for the duplication of data onto compact disks, the system comprising:

14

a copy unit, comprising:

at least one set of multiple stacked recordable disk drives;

a pivotal transport tower;

a set of disk retainer members, arranged in a symmetric circular pattern around the pivotal transport tower, wherein the disk retainer members maintain the order and placement of a stack of compact disks during the copy operations, wherein a disk stack in any of the disk retainer members in the set has a top with a top disk;

an arm, connected to the pivotal transport tower, the arm having a disk engagement and lift mechanism that cooperates with the pivotal transport tower to engage, lift and pivot a top disk located on the top of a stack held in place by one disk retainer member to any stacked recordable disk drive member, wherein the disk engagement and lift mechanism and pivotal transport tower also cooperate to engage, lift and pivot a disk located in any one of the stacked recordable disk drives to the top of any stack held in place by any one of the disk retainer members.

2. The system of claim 1, wherein the number of multiple stacked recordable disk drives may be increased by the user.

3. The system of claim 1 having multiple sets of multiple stacked recordable disk drives.

4. The system of claim 1, wherein selected disk retainer members in the set of disk retainer members are removable from the copy unit.

5. The system of claim 1, wherein the copy unit has an air filtration unit, the air filtration unit comprising:

a set of electric fan members, the electric fan members drawing air into the inside of the copy unit;

an air filter, the air filter positioned along the inside vertical face of the copy unit and filtering the air drawn into the copy unit by the electric fan members;

a set of outflow vents located on the copy unit, the outflow vents allowing air drawn through the copy unit by the electric fan members to exit the copy unit.

6. The system of claim 1, including a host computer and a display wherein the host computer contains computer software and computer memory, and wherein the host computer is electronically connected to the copy unit, with the computer software providing a user interface that outputs diagnostic messages regrading the copy unit to the display.

7. The system of claim 1 wherein the copy unit includes a microprocessor located inside the copy unit wherein the microprocessor controls movement of the pivotal transport tower and the arm.

8. The system of claim 7, including a host computer and a display wherein the microprocessor is electronically connected to the host computer with the microprocessor sending electrical signals to the host computer and the microprocessor receiving electrical signal commands from the host computer, and wherein the computer software provides a user interface for user control of the copy unit.

9. The system of claim 8, wherein data to be duplicated onto compact disks is located on one or more master compact disks and is transferred to the memory of the host computer by at least one stacked recordable disk drive.

10. The system of claim 9, wherein the computer software provides a user interface for user input of copy instructions for the control of each master compact disk during the duplication of the data.

11. The system of claim 1, wherein the copy unit has a disk reject area wherein defective compact disks are transported to the disk reject area.

US 6,532,198 B1

15

**12**. The system of claim **1**, wherein the copy unit includes a label printer, wherein each compact disk has a recordable side and a printable side, wherein the pivotal transport tower and disk engagement and lift mechanism of the arm connected to the pivotal transport tower cooperate to selectively engage, lift and pivot compact disks to the printer, wherein the printer prints a label on the printable side of the compact disk.

**13**. The system of claim **1**, wherein the system has at least one master compact disk with master data and master disk data transfer means for reading the master data on the master compact disk and then selectively transferring the master data onto the compact disks.

**14**. The system of claim **1**, wherein the system has user interface means for pre-programming the control of the duplication of data.

**15**. The system of claim **1**, wherein the system has defective compact disk detection means for detecting defective compact disks and ejection means for ejecting detected defective compact disks from the copy unit.

**16**. The system of claim **1**, wherein the copy unit has a print application unit with printing means for printing on the compact disks when the pivotal transport tower and disk

16

engagement and lift mechanism of the arm connected to the pivotal transport tower deliver compact disks to the print application unit.

**17**. The system of claim **16**, wherein the print application unit includes means for drying a printed disk.

**18**. The system of claim **16**, wherein the copy unit has means for circulating air, and wherein the print application unit has vent means located to optimize drying of a printed disk in the print application unit by air circulating means of the copy unit.

**19**. The system of claim **17**, wherein the drying means includes a thermal element.

**20**. The system of claim **16**, wherein the compact disks are preprinted and include a preprinted orientation mark, and wherein the print application unit includes means for detecting the preprinted orientation mark, computer program means for determining the angular location of the orientation mark, and computer program means for rotationally orienting a to-be-printed image in registration with the preprinted orientation mark.

* * * * *

US006822932B2

<sup></sup>

(12) **United States Patent**     (10) **Patent No.:**     **US 6,822,932 B2**

Miller     (45) **Date of Patent:**     **Nov. 23, 2004**

---

(54) **PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM**

(76) Inventor: **David Miller**, 20 La Espiral, Orinda, CA (US) 94563

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 65 days.

(21) Appl. No.: **10/385,726**

(22) Filed: **Mar. 10, 2003**

(65) **Prior Publication Data**

US 2004/0022139 A1 Feb. 5, 2004

**Related U.S. Application Data**

(60) Division of application No. 09/696,376, filed on Oct. 25, 2000, now Pat. No. 6,532,198, which is a continuation-in-part of application No. 08/816,257, filed on Mar. 13, 1997, now abandoned.

(51) **Int. Cl.$^7$** .............................................. **G11B 17/22**
(52) **U.S. Cl.** .............................. **369/30.31**; 369/30.32; 369/30.34
(58) **Field of Search** ........................ 369/29.01, 30.06, 369/30.2, 30.28, 30.31, 30.32, 30.34, 30.38, 30.39, 30.63, 30.64, 30.76, 30.77, 30.78, 30.85, 34.01, 36.01, 38.01, 75.2, 178.01, 197, 201, 202

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,291,465 A | * | 3/1994 | Dennis | ..................... 369/30.85 |
| 5,532,986 A | * | 7/1996 | Sakiyama | ................. 369/30.78 |
| 5,703,453 A | * | 12/1997 | An | .............................. 318/625 |
| 5,914,918 A | * | 6/1999 | Lee et al. | ................. 369/30.32 |
| 5,946,216 A | * | 8/1999 | Hollerich | ................... 700/223 |

\* cited by examiner

*Primary Examiner*—Paul W. Huber
(74) *Attorney, Agent, or Firm*—Richard Esty Peterson

(57) **ABSTRACT**

A system for the duplication of binary data onto CD-R disks, the system including a copy unit, a host computer and computer software, the software being installed in the host computer to provide a user interface and to direct the transfer of data from the host computer to the copy unit, the copy unit including a set of multiple stacked recordable disk drives, a microprocessor electronically connected to the activating mechanism of a pivotal transport tower and to the set of multiple stacked recordable disk drives. A robotic disk pickup head on the pivotal transport tower is encompassed by a set of disk spindle members arranged in a symmetric semi-circular pattern around the central tower, the disk pickup head being connected to the pivotal transport tower with an elevator mechanism for lifting and transporting compact disks among the disk spindle members and any selected one of the stacked recordable disk drive members. The microprocessor concurrently directs the movement of the disk pickup head and the copying of data to the CD-R disks in the disk drive members. After a disk copy operation is completed, the computer software and microprocessor may direct the stacked recordable disk drive members to inspect the burned CD-R disks for copy errors and further direct the disk pickup head to remove and eject defective burned CD-R disks and place properly burned CD-R disks on a specified disk spindle member. The system allows for source data to be read from multiple master compact disks inserted in specified stacked recordable disk drive members to provide for random access copying from the multiple master compact disks.

**20 Claims, 8 Drawing Sheets**





FIG. 1



*FIG. 2*



*FIG. 3*

U.S. Patent     Nov. 23, 2004     Sheet 4 of 8     US 6,822,932 B2



FIG. 4A



*FIG. 4B*



FIG. 4C



FIG. 4D



*FIG. 5A*



*FIG. 5B*

US 6,822,932 B2

1

# PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM

This application is a divisional of application Ser. No. 09/696,376, filed Oct. 25, 2000, now U.S. Pat. No. 6,532, 198, which is a continuation-in-part of application Ser. No. 08/816,257, filed Mar. 13, 1997, now abandoned.

## BACKGROUND OF THE INVENTION

Digital compact disks were originally conceived in the early 1980's as a technique to accurately copy and preserve audio recordings intended for sale to a mass market of consumers. As computing power has increased exponentially since that time, information processing tasks unthinkable only a few years ago have become commonplace and require large amounts of data most economically and conveniently stored on digital compact disks.

Until recently the transfer of data onto compact digital disks was a costly procedure economically feasible only when manufacturing a large quantity of copies. Users whose applications required relatively few copies or required frequent data updates could not reap the benefits of this technology, even though low-cost disk-readers were readily available.

The advent of recordable digital compact disks, generally referred to as "CD-R" disks, was intended to allow users to record their own disks and thereby achieve significant savings. Unlike a common compact disk that has been pressed by a mold, a CD-R has a dye layer that is etched by a laser contained in the CD-R disk drive. Once etched, the "burned" CD-R disk is unalterable and will retain data for approximately 75 years.

Several practical problems have prevented CD-R users from attaining maximal efficiency in the copy process, especially when attempting to make multiple disk copies in a short amount of time. The primary problem occurring in this situation is that the data throughput from the data source, such as a file on a hard disk drive or a master compact digital disk, to the write head of the CD-R drive is interrupted during the copy process. Many times when this occurs the data buffer to the write head of the CD-R drive is exhausted and null data is written onto the CD-R disk, making the CD-R disk irrevocably defective.

The frequency of such a defective CD-R disk write increases at least linearly as the drive speed of the CD-R writing head is increased. The industry standard speed is approximately 150 K Bytes per second. Some CD-R disk drives can write data at four times this standard speed, but while this increased speed lowers the total copying time, the frequency of defective CD-R disk writes increases as data throughput from the data source is increased.

An additional problem in a volume copying process is the necessity for direct human supervision to prepare CD-R disks for copying, remove the disks from the CD-R disk writer once copying is complete, and then prepare the disks for inspection to ensure no defective CD-R disks are retained in the completed set of copies. Aside from the tedium involved that may indirectly add errors, requiring human attention in this process adds a significant labor cost that is added to the end-user price.

The copy speed versus accuracy problem described above is solved when the CD-R disk writer is configured to concurrently copy the data onto multiple CD-R disks. For example, the total copy time for two CD-R disk drives concurrently copying data at 150K Bytes per second is the same as one CD-R disk drive serially copying two CD-R

2

disks at 300 K Bytes per second, and the frequency of disk write errors using the concurrent disk drives is approximately half that of the serial disk drive.

This system uses the concurrent copying method described above and also eliminates the necessity of direct human supervision of the copy process through the unique circular arrangement of CD-R disk spindle members around a pivotal transport tower containing a disk pickup head that lifts a blank disk from a disk spindle member and transports the disk to one of the available stacked CD-R disk drives. After the recording process is complete the disk pickup head retrieves and transports the burned CD-R disk copy to a specified disk spindle member for copied disks.

The electrical and physical configuration of this system provides several additional benefits to users. The semicircular arrangement of disk spindle members around the pivotal transport tower minimizes the number of moving parts needed to construct the disk transport assembly. A system having more disk spindle members can be constructed by increasing the radius of the circle formed by the disk spindle members. Similarly, the arrangement of two stacked sets of recordable disk drives allows for a scaleable design permitting the user to make low-cost upgrades.

Prior disk copy methods only provided for lineal copying of a single source disk. The configuration of this system allows for several master compact disks to be transportable by the disk hub to a selected disk read head so that the copy process from the master compact disks is a random access process.

Yet another benefit provided by this system is the system's ability to test burned CD-R disks for disk write errors, and through use of the pivotal transport tower, eject a defective CD-R disk isolating the defective CD-R disks from the set of properly burned CD-R disks.

## SUMMARY OF THE INVENTION

The programmable, automatic compact disk duplication system of this invention includes a copy unit, a host computer, and computer software. The host computer and computer software provide an interface allowing the user to pre-program the copy unit to perform a completely unattended copy and data verification operation upon blank CD-R disks pre-loaded in the copy unit.

While not required for operation of the duplication system, it is preferred that the duplication system use an IBM PC-clone running a DOS or Windows operating system so that users need not purchase additional computer hardware to operate the duplication system. Hardware-specific computer components necessary to describe the duplication system will reference IBM PC and Windows specifications; however the duplication system is not intended to remain limited to these specifications and a designer skilled in the art would be able to translate these specifications into hardware and software equivalents for systems using Apple, UNIX, or IBM protocols.

The Copy Unit

The copy unit has a main copy assembly with an external vacuum pump. The primary components inside a housing for the main copy assembly include a microprocessor, a set of disk spindle members, a pivotal transport tower, a data transfer unit, a vacuum regulator and an air filtration unit. The external vacuum pump is connected to the vacuum regulator by an air hose leading to a disk suction pickup unit affixed to the pivotal transport tower.

1. The Microprocessor

The microprocessor is an internal control unit for the copy unit and is electrically connected to the host computer, the

US 6,822,932 B2

3

pivotal transport tower, and all CD-R disk drive heads. In the preferred embodiment, a 8031 microprocessor is used, but any 8-bit microprocessor capable of processing a command set of about 20 commands could be used.

The microprocessor receives user input generated by the software that is executed on the user's host computer. The computer software processes the user input into a set of ASCII commands sent to microprocessor via an RS-232 interface. The ASCII command set used is a variant of the Trace Mountain protocol that is often used to interface software to hardware copy devices. Commands sent by the computer software to the microprocessor consist of one letter or one letter and two digits.

Once the microprocessor is sent a command by the host computer, the microprocessor parses the command and sends an electrical signal to the pivotal transport tower.

Depending on the command sent by the computer software, the microprocessor will transmit back to the computer software a "ready" indication, an echo of the command received, or a status indication that command received was successfully or unsuccessfully executed. This status indication is then interpreted by the computer software into user readable information displayed on the host computer's video output display.

2. The Disk Spindle Members

A set of disk spindle members are located on a front horizontal deck of the copy unit. The bottom of each disk spindle member is affixed to the horizontal deck of the copy unit and projects vertically from the deck. The diameter of each disk spindle member is slightly smaller than the center hole of a CD-R disk, allowing for free vertical movement of the CD-R disk when the disk is located on the disk spindle member.

The disk spindle members are affixed to the horizontal deck of the copy unit along an arc of a circle around the axis of the pivotal transport tower. It is expected that at least two disk spindle members are affixed to the horizontal deck of the copy unit, allowing one disk spindle member to hold blank CD-R disks and the other disk spindle member to hold burned CD-R disks. The radius of the circle is selected such that CD-R disks located on adjoining spindles do not touch each other.

3. The Pivotal Transport Tower

The pivotal transport tower is centrally located in the copy unit at the radial center of the arc formed by the disk spindle members. The pivotal transport tower is cylindrically shaped, with a vertically displaceable arm projecting radially from the pivotal transport tower. Inside the pivotal transport tower is an axle along the vertical axis of the pivotal transport tower. The axle is affixed to the base of the pivotal transport tower. Connected to the axle is a first drive motor capable of pivoting the pivotal transport tower about its vertical axis. Control of the first drive motor is also supplied from electrical signals sent by the microprocessor.

An arm for a disk pickup head projects radially from the pivotal transport tower. One end of the arm is connected to a belt running vertically along the inside of the pivotal transport tower. The bottom of the belt travels around a set of gears that are connected to a second drive motor. When the second drive motor rotates the belt, the arm is raised or lowered depending on the direction of rotation of the belt.

The other end of the arm supports a disk pickup head which has a disk suction pickup unit. The disk suction pickup unit is triangle-shaped and has a circular aperture located at its apex. The diameter of the aperture is slightly wider than the diameter of a disk spindle member. Located on the underside of the disk suction pickup unit near each

4

vertice of the disk suction pickup unit is one suction member and one rubber stopper member. A sensor also protrudes downward from the underside of the disk suction pickup unit and relays an electrical signal back to the microprocessor indicating the presence of a target disk near the disk suction pickup unit.

Additionally, during operation of the disk suction pickup unit, RAM memory located in the microprocessor or electrically connected to the microprocessor retains data for each disk spindle member corresponding to the approximate vertical distance the disk suction unit must travel before retrieving a blank CD-R disk or placing a burned CD-R disk back onto the disk spindle member.

When the disk suction pickup unit is operated, the suction members draw in air, causing the target disk to adhere to the suction members, holding the target disk horizontally against the rubber stopper members.

The size and placement of the arm and the disk suction pickup unit are chosen so that during a disk pick-up or drop-down operation the selected disk spindle member passes through the aperture as the arm lowers below the top of the selected disk spindle member.

In a typical disk transport operation, the microprocessor issues a sequential set of electrical signals that are translated into a sequential set of operations performed by the second drive motor, the first drive motor, and the disk suction pickup unit. For example, the following sequential operations controlled by the microprocessor occur when the copy unit transfers the top CD-R disk from a stack of CD-R disks surrounding a selected spindle to the data transfer unit:

the first drive motor raises the disk suction pickup unit to a height such that all components of the disk suction pickup unit are above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower to position the disk suction pickup unit over the selected disk spindle member, placing the aperture directly above the disk spindle member;

the first drive motor lowers the disk suction pickup unit along the disk spindle member until the suction members make contact with the CD-R disk;

the suction members engage and hold the CD-R disk;

the first drive motor raises the disk suction pickup unit along the disk spindle member until the CD-R disk held by the suction members is above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower, positioning the CD-R disk held by the suction members for transfer into the data transfer unit.

4. The Data Transfer Unit

The data transfer unit comprises two stacked disk drive receptacle members and a variable number of stacked recordable disk drive members. The two stacked disk drive receptacle members are affixed on opposite sides of the back horizontal deck of the copy unit and positioned along the arc of the circle formed by the disk spindle members at a distance greater than the diameter of a CD-R disk. Each stacked recordable disk drive member fits in a slotted receptacle member located in one of the two stacked disk drive receptacle members and is positioned on the perimeter of the circle formed by the disk spindle members, making each stacked recordable disk drive member capable of receiving a disk transported by the arm.

Each stacked recordable disk drive member sends and receives binary data with the computer software via a standard 50-pin SCSI connection between the stacked recordable disk drive member and the host computer. Manual loading and unloading of a CD-R disk in every

US 6,822,932 B2

5

stacked recordable disk drive member is accomplished through an input-output tray member that is a standard feature of recordable and read-only disk drives; control of the input-output tray member is also communicated through each stacked recordable disk drive member's SCSI connection.

In the preferred embodiment, the top of the main copy assembly located in the void between the two stacked recordable disk drive members has a disk reject slide that is constructed at a downward angle, allowing the combination of the pivotal transport tower and the two stacked recordable disk drive members to eject defective CD-R disks out of the main copy assembly by dropping them onto the disk reject slide. Gravity pulls the defective CD-R disk downward along disk reject slide and the defective CD-R disk leaves the main copy assembly.

An additional hardware item easily added to the data transfer unit is a standard disk printer that affixes printed labels or imprints the top side of any burned CD-R disk. In this configuration, the disk printer is placed along the rear wall of the copy unit so that the input/output loading tray of the disk printer opens into the void between the two stacked recordable disk drive members.

5. The Vacuum Regulator and the External Vacuum Pump

The vacuum regulator is housed inside the main copy assembly and is connected to the suction members by a set of internal air hose members. An external air hose connects the vacuum regulator to the external vacuum pump that is physically separated from the main copy assembly in order to reduce vibrations inside the main copy assembly. The vacuum regulator maintains a constant pressure vacuum and is controlled by the microprocessor.

6. The Air Filtration Unit

The air filtration unit creates a flow of filtered air through the inside of the main copy assembly to significantly reduce CD-R disk read or write errors caused by dust or other contaminants that may be in the air surrounding the duplication system. The air filtration unit comprises a set of electric fan members, an air filter, a set of outflow vents, and an outer cover covering the outside of the main copy assembly. The electric fan members are positioned along the back vertical face of the main copy assembly and when operated draw air into the inside of the main copy assembly.

Positioned along the inside vertical face of the main copy assembly is an air filter that filters air drawn in by the electric fan members before it can circulate through the inside of the main copy assembly. The filtered air then exits the main copy assembly through the outflow vents.

The Host Computer

No particular type of host computer is necessary to support the copy unit and the computer software. A conventional personal computer equipped with a SCSI throughput interface and a hard disk drive capable of retaining an image of the master disk will suffice.

The Computer Software

In the preferred embodiment, the computer software necessary to direct the data transfer operations is written in the "C" programming language running under a Windows operating system. However, the computer software could be written using any computer language and operating system compatible with the computer used, provided Trace Mountain—type protocols can be sent to the copy unit via an RS-232 or SCSI connection between the host computer and the copy unit.

These and other features will become apparent from a consideration of the Detailed Description of the Preferred Embodiments.

6

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of the compact disk duplication system of this invention with a perspective view of the copy unit.

FIG. 2 is a side view of the main copy assembly with the clear outer cover removed.

FIG. 3 is an enlarged side view of the pivotal transport tower.

FIGS. 4A–D are segments of a continuing flowchart diagram of the procedures performed in a disk copy operation.

FIGS. 5A and 5B are schematic representations of an auxiliary print application unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, the programmable automatic compact disk duplication system of this invention is designated generally by the reference numeral 10. The duplication system 10 includes a host computer 12, shown schematically, connected to a copy unit 20. The host computer 12 comprises a programmable computer that includes computer software for providing a user interface for operating the copying process of the copy unit 20. It is to be understood that the host computer may be incorporated into the copy unit 20 with the copy unit having a keyboard or other input device such as a control panel for managing the operation of the copy unit 20.

As shown in FIG. 2, the copy unit 20 includes an internal microprocessor 24 that is electrically connected to the host computer 12 for controlling the electromechanical operations of the copy unit 20. The copy unit 20 is constructed with a housing 14 having a deck 16 housing the electronics and drive assemblies, and a cabinet 18 housing the copying and printing components.

The deck 16 has a base platform 22 for a pivotal transport tower 58 and a series of disk spindle members 52 disposed in an arcuate arrangement around the transport tower 58. A removable transparent cover 59, shown in FIG. 2, encloses the tower 58 and disk spindle members 52 to protect the system from dust contamination during operation and allow for functioning of an air filtration circuit as later described.

In the preferred embodiment of FIGS. 1 and 2, the copy unit 20 has four disk spindle members 52. In such a configuration two of the disk spindle members 52 may hold blank CD-R disks, one disk spindle member designated as a master disk spindle member 52a may hold one or more master compact disks. The remaining disk spindle member is designated as a master output spindle 52b and is used to hold the master compact disks after source data has been transferred from the master disk.

The pivotal transport tower 58 is located in the center of the arc formed by the disk spindle members 52 and rotates about its longitudinal axis passing directly through the center of the arc. Attached to the pivotal transport tower 58 is an arm 56 that rotates along the arc as the pivotal transport tower 58 pivots and also travels vertically along the pivotal transport tower 58. A vertical aperture 64 having its center correspond to the arc is located on the arm 56.

As described below, the underside of the arm 56 has several components allowing the arm 56 to temporarily affix a compact disk to the underside of the arm 56 and retain the compact disk as the arm 56 travels radially or vertically. Other means including mechanical pickup mechanisms may be substituted for the preferred pneumatic unit of the described embodiment.

US 6,822,932 B2

7

In FIG. 2, the arm 56 is positioned above one disk spindle member that is holding a stack of CD-R disks 50. For illustration purposes this disk spindle member is designated as the master disk spindle 52a, but it is to be understood that the physical transfer of compact disks from all disk spindle members is identical. At the base of each disk spindle member 52 is a removable spindle base 51 allowing the user to insert or remove a stack of compact disks held in place by the disk spindle member 52.

Upon activation of a motor housed inside the copy unit 20, the arm 56 descends with the disk spindle member 52 passing through the aperture 64, until a sensor 66 located on the underside of the arm 56 detects the presence of a compact disk 50. Then suction supplied by disk suction pickup unit 54 affixes the compact disk 50 to the underside of the arm 56, the suction remaining constant until the compact disk 50 is transported to its resting place. The suction then terminates and the compact disk 50 is released from the arm 56 by gravitational force.

Located opposite the disk spindle members 52 are two sets of stacked disk drive receptacle members 82. Each stacked disk drive receptacle member 82 accepts a standard stacked recordable disk drive member 84. Each stacked recordable disk drive member 84 has an autoloading tray 85 that, when fully opened, positions the center of a compact disk 87 along the radius arc defined by the arc of the disk spindle members 52. This geometrical configuration allows the arm 56 to place and retrieve compact disks in any of the stacked recordable disk drive members in the same manner as the arm 56 places and retrieves compact disks on the disk spindle members 52.

For clarity, in FIG. 2 the components located inside the main copy assembly 20 are designated schematically as hatched rectangles, and where necessary, detailed drawings of these components are shown in other figures.

The deck 22 of the main copy assembly 20 is box-shaped, having a flat rectangular bottom and sides perpendicular to the bottom. Inside the deck 22 is a microprocessor 24 that is connected by an electrical connection 26 to an RS-232 port 28. A stepper motor 32 receives signals sent by the microprocessor 24 through an electrical connection 30. A shaft 34 leaving the stepper motor 32 connects to a gearing unit 36. Connected to the gearing unit 36 is an axle 38 that rotates when the stepper motor 32 is engaged. An external air hose 74 enters an opening in the deck 22 and terminates at a connection to a vacuum regulator 72.

A female power receptacle 40 allows for attachment of an electrical cord (not shown) providing standard 120V AC to a transformer 44 through an electrical line 42. As detailed below, the transformer 44 supplies power to components throughout the main copy assembly 20; inside the deck 22, the microprocessor 24 receives power through electrical line 46 and the stepper motor 36 receives power through electrical line 48.

Compact disks 50 sit on the top of the deck 22 and are held in place by one of the disk spindle members 52 until retained by the disk suction pickup unit 54 that is located on the underside of the arm 56. An aperture 64 through the arm 56 allows the disk suction pickup unit 54 to travel downward with the selected disk spindle member 52 passing through the aperture 64 as the disk suction pickup unit 54 travels downward below the vertical height of the top of the disk spindle member 52.

The disk suction pickup unit 54 has suction members 60 creating sufficient suction to hold one disk against the rubber stopper members 62 that keep the disk in a horizontal

8

position. The vacuum hose 70 is positioned along the inside wall of the pivotal transport tower 58 and one end is connected to the vacuum regulator 72. The other end of the vacuum hose 70 has three connector members 71 allowing the air flow to branch into each attached suction member 60. A sensor 66 is attached to the disk suction pickup unit 54 and sends a signal back to the microprocessor indicating the presence of a disk near the disk suction pickup unit 54.

The arm 56 is affixed to the pivotal transport tower 58 and rotation of the arm 56 is accomplished through pivoting of the pivotal transport tower 58. The other end of the arm 56 is secured around the axle 38, allowing for radial movement of the pivotal transport tower 58 when the axle 38 rotates.

Behind the pivotal transport tower 58 is the data transfer unit, designated generally by the numeral 80. Sitting on each of the two rear corners of the deck 22 is a stacked disk drive receptacle member 82 containing slotted receptacles 83 for holding a variable number of stacked recordable disk drive members 84, allowing the user vary the total number of recordable disk drives available to burn disks. Each stacked disk drive receptacle member 82 can also hold a read-only disk drive permitting very fast transfer of data from master disks.

The stacked disk drive receptacle members 82 are placed on top of the deck 22 along the outside of the perimeter of the circle formed by the disk spindle members 52 such that the arm 56 may transfer a disk to the space between the two stacked disk drive receptacle members 82. A disk transported to this region may then be inserted into any of the stacked recordable disk drive members 84 provided the stacked recordable disk drive members 84 have a standard motorized loading tray 85.

Located at the bottom of the region between the stacked disk drive receptacle members 82 on the top of the deck 22 is a disk reject slide 92 slanting downward out of the rear of the data transfer unit 80 that receives defective CD-R disks dropped down by the arm 56 in the region between the stacked disk drive receptacle members 82. Defective CD-R disks dropped onto disk reject slide 92 fall out of the main copy assembly 20 by gravity.

The system can also be equipped with an optional print application unit 93 that is placed behind the stacked disk drive receptacle members and loads and unloads CD-R disks in the space between the two stacked disk drive receptacle members 52 and directly above the disk reject slide 92. In this configuration, the print application unit 93 is electrically connected to the host computer 12 and imprints markings or printed labels to the top side of a burned CD-R disk.

The optional print application unit 93 is shown in FIGS. 5A and 5B. The print application unit comprises an ink jet printer or a thermal printer to imprint a blank disk with markings or labels. Where disk blanks are previously printed with markings 94, such as designs 94a, and a label window 94b as shown in FIG. 5B, it is necessary to rotate the disk or rotate the virtual bit mapping of the new marking or labels to be added, so that the new printing registers with the pre-existing printing. It is common, for example, for blank CD-R disks to have company names and logo's preprinted by a silk screening process by the disk supplier or an intermediary. New material may comprise titles or added decorative work requiring registration coordination. Since disks are symmetrical and consistently positioned, proper angular orientation is all that is required to achieve registration.

In FIG. 5B, a disk 95 is positioned on retractable printer tray 96 and is preprinted with an angular registration mark,

US 6,822,932 B2

9

such as dot mark 94C adjacent the hub hole. A digital camera 97 retrieves a digital image of at least the center portion of the disk, and the limited field area where the mark must necessarily be found is analyzed by a software program to locate the registration dot mark 94c and to determine its angular orientation. The virtual image in memory is rotated accordingly before or while the reoriented bit map is printed to disk.

By use of a simple registration mark positioned in a predetermined annular area, image analysis is greatly simplified and equipment costs are reduced. Furthermore, by consistent placement of the mark with respect to the angular orientation of the original printing, an initial run for image loading of the original printing is avoided.

When the print application unit is a thermal printer, the newly printed image or markings requires little or no time to cure before the disk can be robotically handled and moved to the output spindle. Ink jet printing requires a bit longer for the deposited ink to dry before handling. Ordinarily, with simple labels and text titles, the limited ink deposit dries during the time another disk is being recorded in a single station duplication system. In a multiple station system as is presently disclosed, accelerated drying is prefereed to insure proper drying.

In the duplication system of this invention, accelerated drying for ink jet printing is aided by an elongated thermal element 98 at the lower edge of the partially shrouded opening 99 of the application unit 93. Heated air passing to an external vent member 90a at the back top of the print unit 93 accelerates the drying of the ink. The system is preferably programmed to allow the disk 95 to remain in the extended tray 96 as long as possible after printing before pickup by the pickup unit 54 on the transport tower 58 and deposit on the output spindle.

Located at the rear of the stacked disk drive receptacle members 82 are one or more electric fan members 86 that draw in air to ventilate the main copy assembly 20 preventing heat build-up created by the stacked recordable disk drive members 84. An air filter 88 is positioned on the interior rear wall of the data transfer unit 80 that filters the air drawn in by the electric fan members 86 before the air travels through the interior of the main copy assembly 20. The filtered air then exits the interior of the main copy assembly 20 through vent members 90b located on the deck 22.

In systems having the optional print application unit 93, the filtered and warmed air is passed through the printer to exit the auxiliary vent member 90a as described. The circulated air aids in drying of the printed disk deposited on the top of the output spindle as well.

In a system having a mechanical pickup unit that engages the disk hole and does not contact the newly printed surface, the thermal element and programmed delay of pickup may be unnecessary, and drying accomplished by the component warmed air circulated over the printed disk when on the printer tray and on the output spindle.

Referring to FIG. 3, a side view of the mechanical linkages that allow for movement of the pivotal transport tower is shown. The pivotal transport tower 58 has a cylindrical outer shell 100 that is oriented vertically and sits on a circular rotating base 102. Affixed to the bottom of the center of the rotating base 102 is an axle 38 that allows for radial movement of the pivotal transport tower 58.

The axle 104 passes through an aperture 106 in the top of the base platform 22 and also passes through an aperture 108 in a horizontal frame member 110. The end of the axle 38 is

10

affixed to the center of a pulley wheel member 112. Rotation of the pulley wheel member 112 is controlled by a belt 114 surrounding a second pulley wheel member 116.

Affixed to the center of the second pulley wheel member 116 is one end of an axle 118. The other end of the axle 118 is affixed to the center of a third pulley wheel member 120. Rotation of the third pulley wheel member 120 is controlled by a belt 122 that also surrounds the perimeter of a fourth pulley wheel member 124.

Rotation of the fourth pulley wheel member 124 is controlled by one end of a shaft 34 that is affixed to the center of the fourth pulley wheel 124. The other end of the axle 34 is connected to the stepper motor 32 that is the source of all rotation of the pivotal transport tower 58. Attached to the frame 110 is an encoder sensor 131 that is electrically connected to the stepper motor 32 and prevents over-rotation of the pivotal transport tower 58.

An aperture 130 through the cylindrical outer shell 100 allows for movement of the arm 56 along the vertical axis of the pivotal transport tower 58. The back 134 of the arm 56 is affixed to a belt 132 that travels vertically and raises or lowers the arm 56 as the belt 132 moves.

The top end of the belt 132 travels around a pulley wheel member 136. The outer side of the rear face of the belt 132 makes contact with a pulley wheel member 138 that makes the rear face of the belt 132 travel towards the rear of the pivotal transport tower 58.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 140 that is connected to a stepper motor 142 that rotates the pulley wheel member 140 when the stepper motor 142 is engaged.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 144 that changes the direction of the travel of the belt 132 back to vertical.

The stepper motor 142 is electrically connected to a limit sensor 146 placed above the pulley wheel member 136 and disengages the stepper motor 142 when the limit sensor 146 detects the presence of a limit flag 148 placed on the top of the arm 56.

One end of the air line 150 is connected to a vacuum line valve 152 that controls the flow of air through the air line 150. The air line 150 travels through the inside of the pivotal transport tower 58 and through the arm 56 and the disk suction pickup unit 54, with openings connected to each disk suction member 60.

Referring to FIGS. 4A through 4D, a flowchart of the procedures performed in a disk copy operation, are shown. The logic necessary to perform a disk copy operation is programmed into the computer software on the host computer and programmed into the microprocessor located inside the copy unit.

A user begins a disk copy operation by loading master disks on a disk spindle member designated as the master disk spindle member 52a and loading blank recordable disks onto other disk spindle members 52. The user then supplies power to the copy unit 20 and starts the computer software located in the host computer 12. These initialization subprocedures are indicated in item step 200. A display 13 connected to the host computer 12 then prompts the user for information regarding the selection of the master disk spindle 52a and the location of the blank CD-R disks. The user also selects a master output spindle 52b that will hold master disks after the data transfer from each master disk to the host computer 12. The user also supplies instructions indicating the tracks on the master disks to be copied. This operation is indicated in item step 210.

US 6,822,932 B2

11

When first powered on, the internal microprocessor 24 sends electrical signals to test the operation of the arm 56, as indicated in item step 220. The microprocessor 24 sends a set of flags back to the computer software to signal the status of the hardware located on the copy unit 20, as indicated in item step 230. If the computer software receives a status flag indicating hardware failure, the computer software issues a display error message for the user to decode, and the copy process is terminated, as indicated in item step 240.

If the computer software receives status flags indicating the hardware is operational, the computer software sends instructions to the microprocessor that comprise a data acquisition subprocedure. The beginning of the data acquisition subprocedure is indicated in item step 250 and comprises item steps 260 through 340.

In item step 260, the computer software checks if a disk drive on the host computer contains an image of the master data. If an image file already exists, control of the software is transferred to item step 360. Otherwise, control of the computer software is transferred to item step 270.

As indicated in item step 270, the computer software first compares the number of disk drives to the number of master disks loaded on the master disk spindle member 53. If the number of stacked recordable disk drives 84 is greater than or equal to the number of master disks, the computer software sends a command set to the microprocessor 24 to transfer each master disk to an available stacked recordable disk drive 84, as indicated in item step 280.

The computer software then sequentially issues read commands to each stacked recordable disk drive 84 containing a master disk and transfers the source data from each master disk to the host computer 12. These commands are summarized in item step 290. Once the data transfer process is completed, the computer software sends a command set to the microprocessor to transfer each master disk back to the master output spindle 55, as indicated in item step 300, and the data acquisition subprocedure is complete.

If the number of stacked recordable disk drives 84 is less than the number of master disks, the computer software must loop through item steps 310 through 340 until all master disks have been transferred to an available stacked recordable disk drive 84.

This loop begins when the computer software sends a command set to the microprocessor 24 to transfer a maximum number of remaining uncopied master disks held by the input spindle from the master disk spindle member 52a to the stacked recordable disk drives 84, as indicated in item step 310. Then in item step 320, data is transferred from the master disks to the host computer 12 in the same manner as in item step 280.

After all data from the master disks loaded in stacked recordable disk drives 84 has been transferred to the host computer 12, the master disks are either transferred to the master output spindle 55, or are ejected onto the disk reject slide 92, as indicated in item step 330.

The computer software completes this loop as indicated in item step 340 by comparing the number of uncopied master disks with zero, and returning to the top of the loop at item step 310 if any uncopied master disks remain. Once the data acquisition subprocedure is completed, control of the computer software is transferred to the beginning of the data transfer subprocedure, indicated as item step 360.

At the beginning of the data transfer subprocedure, the computer software will, if necessary, reformat the image of the source data located on the hard drive of the host

12

computer to ensure optimal recording speed and accuracy. This computation is indicated in item step 370. A variable containing the number of copies made is initialized to zero, as indicated in item step 380.

Item steps 390 through 430 correspond to a loop over all selected stacked recordable disk drives 84 whereby the computer software first issues commands to the microprocessor 24 to query the hardware status of each stacked recordable disk drive 84, as indicated in item step 400. The computer software will alert the user of any stacked recordable disk drive 84 that the microprocessor 24 has identified as non-operational, as indicated in step 410. Otherwise, the computer software will set a flag indicating that the queried CD-R drive is operational, as indicated in item step 420.

Once the hardware test loop is completed, the computer software branches on a test of the number of operational stacked recordable disk drives 84, as indicated in item step 440. The computer software will exit the copy process if no stacked recordable disk drives 84 are operational, as indicated in item step 450. Otherwise, the computer software initializes to zero a variable containing the number of copies made, as indicated in item step 460.

The computer software then enters a main copy loop, indicated in item step 470, that repeats until the number of copies made equals the desired number of copies. This comparison operation is made in item step 480, and the proper termination of the copy process occurs in item step 490.

If the number of copies made is less than the number of copies desired, the computer software initializes to zero a variable containing the number of copies currently loaded in the stacked recordable disk drives 84, as indicated in item step 500. The computer software then enters an inner loop comprising item steps 510 through 580, with each cycle of the inner loop corresponding to the transfer of a blank disk to an available operational stacked recordable disk drive 84.

This inner loop begins with a comparison of the number of copies desired with the sum of the copies already made plus the number of disks loaded the current batch transfer, as indicated in item step 520. If the sum of the copies already made plus current number of disks loaded into the stacked recordable disk drives 84 equals the number of copies desired, the inner loop terminates, as indicated in item step 530.

Otherwise, the computer software issues a set of commands to the microprocessor 24 to transfer a blank disk to the next available stacked recordable disk drive 84, as indicated in item step 540. The computer software then checks the status of the disk transfer, as indicated in item step 550, and will terminate or otherwise commence other error handling subprocedures if the disk transfer failed, as indicated in item step 560. Otherwise, the variable containing the number of disks loaded is incremented by one, as indicated in item step 570.

Once the inner loop terminates at item step 580, the stacked recordable disk drives 84 have been loaded with the maximum number of blank disks, the computer software sends electrical signal instructions that activate the physical transfer of source data to each blank disk loaded in the loaded stacked recordable disk drives 84, as indicated in item step 590. The computer software then examines copy status flags from each loaded stacked recordable disk drive 84, as indicated in item step 600, and issues a command set to the microprocessor 24 to discard burned CD-R disks corresponding to any bad copy status flags, as indicated in item step 610.

US 6,822,932 B2

13                                                           14

In item step 620, the user can optionally configure the computer software to perform a data verification on each burned disk that is currently loaded in the stacked recordable disk drives 84. In this subprocedure, the computer software would direct each stacked recordable disk drive 84 to read the data off the burned disk and compare it to the source data residing on the hard drive of the master computer 12. Defective burned CD-R disks would be ejected from the copy unit in the same manner as in item step 610.

In item step 630, the user can optionally configure the copy unit to include a print application unit that imprints or labels the top of each burned CD-R disk with information transferred from the computer software. In this subprocedure, the burned CD-R disk is ejected from its stacked recordable disk drive 84 and vertically transported by the disk suction pickup unit 54 and then loaded into the input tray 96 of the print application unit 93.

The printer has internal software to effect the printing tasks including optional analysis of a preprinted disk and orientation of a virtual print image under command of the software of the copy unit. If optional print step is affirmative the print unit is ordered to extend the print tray 96 at step 632. The copy unit loads a correctly burned disk at step 633. If the print image must be oriented to register with a preprinting of the disk at option step 634, then the photo image step 635 takes an image of the disk which is analyzed at step 636 by the software to locate the orientation mark and calculate the angular orientation of the to-be printed image for proper registration at step 637. This accomplished, or if not required, the print disk step 638 is executed. After printing, the tray is extended at step 639, and a delay pickup decision at step 641 is made. If pickup is to be delayed, for example, to allow ink jet printing ink an extended opportunity to dry, the pickup is delayed at step 643 is made. If no, or after delay the print option loop returns to the main path at step 640 where the disk is eventually transferred to the output spindle or spindles.

The variable containing the number of loaded stacked recordable disk drives is reset to equal the number of properly burned CD-R disks, as indicated in item step 640. The total number of copies made is then incremented by the number of properly burned CD-R disks, as indicated in step 650. The computer software then issues a command set to the microprocessor 24 directing the transfer of the properly burned CD-R disks to one of the designated output spindles, as indicated in step 660. The computer software receives a status signal from the microprocessor 24 indicating whether the transfer occurred properly, as indicated in item step 670, and will display an error message and exit if a disk transfer failed, as indicated in step 680. Otherwise, control of the computer software drops to the bottom of the main loop 690 and then returns to the top of the main loop at item step 470.

While, in the foregoing, embodiments of the present invention have been set forth in considerable detail for the purposes of making a complete disclosure of the invention, it may be apparent to those of skill in the art that numerous changes may be made in such detail without departing from the spirit and principles of the invention.

What is claimed is:

1. A system for the duplication of data onto compact disks, the system comprising:

a copy unit, comprising:

multiple disk devices having extendible disk trays, wherein at least one of the disk devices is a recordable disk drive;

a transport tower;

at least one disk retainer member, arranged in a symmetric circular pattern around the transport tower with any extended one of the extendible disk trays,

wherein the disk retainer member maintains the order and placement of at least one stack of compact disks during the copy operations, wherein a disk stack in the disk retainer member has a top disk;

an arm, operably connected to the transport tower wherein the transport tower has a longitudinal axis and the arm is pivotal about the longitudinal axis of the transport power, the arm having a disk engagement and lift mechanism that cooperates with the transport tower to engage and lift a top disk located on the top of a stack held in place by one disk retainer member to an extendible disk tray of any selected one of the multiple disk devices, wherein the arm, the disk engagement and lift mechanism, and the transport tower also cooperate to engage, lift and pivot a disk located in any one of the extendible disk trays of the multiple disk devices to the extendible tray of another of the disk devices having extendible disk trays.

2. The system of claim 1, wherein the multiple disk devices include multiple stacked recordable disk drives.

3. The system of claim 1 having multiple sets of multiple stacked recordable disk drives.

4. The system of claim 1 having a set of multiple disk retainer members, wherein selected disk retainer members in the set of disk retainer members are removable from the copy unit.

5. The system of claim 1, wherein the copy unit has an air filtration unit, the air filtration unit comprising:

a set of electric fan members, the electric fan members drawing air into the inside of the copy unit;

an air filter, the air filter positioned along the inside vertical face of the copy unit and filtering the air drawn into the copy unit by the electric fan members;

a set of outflow vents located on the copy unit, the outflow vents allowing air drawn through the copy unit by the electric fan members to exit the copy unit.

6. The system of claim 1, including a host computer and a display wherein the host computer contains computer software and computer memory, and wherein the host computer is electronically connected to the copy unit, with the computer software providing a user interface that outputs diagnostic messages regarding the copy unit to the display.

7. The system of claim 1 wherein the copy unit includes a microprocessor located inside the copy unit wherein the microprocessor controls movement of the transport tower and the arm.

8. The system of claim 7, including a host computer and a display wherein the microprocessor is electronically connected to the host computer with the microprocessor sending electrical signals to the host computer and the microprocessor receiving electrical signal commands from the host computer, and wherein the computer software provides a user interface for user control of the copy unit.

9. The system of claim 8, wherein data to be duplicated onto compact disks is located on one or more master compact disks and is transferred to the memory of the host computer by the recordable disk drive.

10. The system of claim 9, wherein the computer software provides a user interface for user input of copy instructions for the control of each master compact disk during the duplication of the data.

11. The system of claim 1, wherein the copy unit has a disk reject area wherein defective compact disks are transported to the disk reject area.

12. The system of claim 1, wherein tat least one of the disk devices is a disk label printer with an extendible disk tray,

US 6,822,932 B2

15

wherein each compact disk has a recordable side and a printable side, wherein the transport tower and disk engagement and lift mechanism of the arm connected to the transport tower cooperate to selectively engage, lift and pivots a compact disk to the extended extendible tray of the printer, wherein the printer prints a label on the printable side of the compact disk.

**13**. The system of claim **1**, wherein the system has at least one master compact disk with master data and master disk data transfer means for reading the master data on the master compact disk and then selectively transferring the master data onto the compact disks.

**14**. The system of claim **1**, wherein the system has user interface means for pre-programming the control of the duplication of data.

**15**. The system of claim **1**, wherein the system has defective compact disk detection means for detecting defective compact disks and ejection means for ejecting detected defective compact disks from the copy unit.

**16**. The system of claim **1**, wherein the copy unit has a print application unit with printing means for printing on the compact disks when the pivotal transport tower and disk

16

engagement and lift mechanism of the arm connected to the pivotal transport tower deliver compact disks to the print application unit.

**17**. The system of claim **16**, wherein the print application unit includes means for drying a printed disk.

**18**. The system of claim **16**, wherein the copy unit has means for circulating air, and wherein the print application unit has vent means located to optimize drying of a printed disk in the print application unit by air circulating means of the copy unit.

**19**. The system of claim **17**, wherein the drying means includes a thermal element.

**20**. The system of claim **16**, wherein the compact disks are preprinted and include a preprinted orientation mark, and wherein the print application unit includes means for detecting the preprinted orientation mark, computer program means for determining the angular location of the orientation mark, and computer program means for rotationally orienting a to-be-printed image in registration with the preprinted orientation mark.

\* \* \* \* \*



US007145841B1

(12) **United States Patent**          (10) Patent No.:       **US 7,145,841 B1**

Miller                                  (45) Date of Patent:        **Dec. 5, 2006**

(54) **PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM**

(76) Inventor: **David Miller**, 20 La Espiral, Orinda, CA (US) 94563

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 133 days.

(21) Appl. No.: **10/993,767**

(22) Filed: **Nov. 19, 2004**

**Related U.S. Application Data**

(60) Continuation of application No. 10/385,726, filed on Mar. 10, 2003, now Pat. No. 6,822,932, which is a division of application No. 09/696,376, filed on Oct. 25, 2000, now Pat. No. 6,532,198, which is a division of application No. 09/152,815, filed on Sep. 14, 1998, now Pat. No. 6,141,298, which is a continuation-in-part of application No. 08/816,257, filed on Mar. 13, 1997, now abandoned.

(51) **Int. Cl.**
     *G11B 17/22*          (2006.01)
(52) **U.S. Cl.** ............................... 369/30.31; 369/30.32; 369/30.34
(58) **Field of Classification Search** ...................... None
     See application file for complete search history.

(56)          **References Cited**

U.S. PATENT DOCUMENTS

5,291,465 A * 3/1994 Dennis .................... 369/30.85

| | | | |
|---|---|---|---|
| 5,532,986 A * | 7/1996 | Sakiyama | 369/30.78 |
| 5,703,453 A * | 12/1997 | An | 318/625 |
| 5,914,918 A * | 6/1999 | Lee et al. | 369/30.32 |
| 5,946,216 A * | 8/1999 | Hollerich | 700/223 |

* cited by examiner

*Primary Examiner*—Paul W. Huber
(74) *Attorney, Agent, or Firm*—Richard Esty Peterson

(57)          **ABSTRACT**

A system for the duplication of binary data onto CD-R disks, the system including a copy unit, a host computer and computer software, the software being installed in the host computer to provide a user interface and to direct the transfer of data from the host computer to the copy unit including a set of multiple stacked recordable disk drives, a microprocessor electronically connected to the activating mechanism of a pivotal transport tower and to the set of multiple stacked recordable disk drives. A robotic disk pickup head on the pivotal transport tower is encompassed by a set of disk spindle members arranged in a symmetric semi-circular pattern around the central tower, the disk pickup head being connected to the pivotal transport tower with an elevator mechanism for lifting and transporting compact disks among the disk spindle members and any selected one of the stacked recordable disk drive members.

**20 Claims, 8 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*



*FIG. 4C*



*FIG. 4D*



*FIG. 5A*



*FIG. 5B*

US 7,145,841 B1

1

# PROGRAMMABLE SELF-OPERATING COMPACT DISK DUPLICATION SYSTEM

This application is a continuation of application Ser. No. 10/385,726, filed Mar. 10, 2003, now U.S. Pat. No. 6,822, 932, which is a divisional of application Ser. No. 09/696, 376, filed Oct. 25, 2000, now U.S. Pat. No. 6,532,198, which is a divisional of application Ser. No. 09/152,815, filed Sep. 14, 1998, now U.S. Pat. No. 6,141,298, which is a continuation-in-part of application Ser. No. 08/816,257, filed Mar. 13, 1997, now abandoned.

## BACKGROUND OF THE INVENTION

Digital compact disks were originally conceived in the early 1980's as a technique to accurately copy and preserve audio recordings intended for sale to a mass market of consumers. As computing power has increased exponentially since that time, information processing tasks unthinkable only a few years ago have become commonplace and require large amounts of data most economically and conveniently stored on digital compact disks.

Until recently the transfer of data onto compact digital disks was a costly procedure economically feasible only when manufacturing a large quantity of copies. Users whose applications required relatively few copies or required frequent data updates could not reap the benefits of this technology, even though low-cost disk-readers were readily available.

The advent of recordable digital compact disks, generally referred to as "CD-R" disks, was intended to allow users to record their own disks and thereby achieve significant savings. Unlike a common compact disk that has been pressed by a mold, a CD-R has a dye layer that is etched by a laser contained in the CD-R disk drive. Once etched, the "burned" CD-R disk is unalterable and will retain data for approximately 75 years.

Several practical problems have prevented CD-R users from attaining maximal efficiency in the copy process, especially when attempting to make multiple disk copies in a short amount of time. The primary problem occurring in this situation is that the data throughput from the data source, such as a file on a hard disk drive or a master compact digital disk, to the write head of the CD-R drive is interrupted during the copy process. Many times when this occurs the data buffer to the write head of the CD-R drive is exhausted and null data is written onto the CD-R disk, making the CD-R disk irrevocably defective.

The frequency of such a defective CD-R disk write increases at least linearly as the drive speed of the CD-R writing head is increased. The industry standard speed is approximately 150 K Bytes per second. Some CD-R disk drives can write data at four times this standard speed, but while this increased speed lowers the total copying time, the frequency of defective CD-R disk writes increases as data throughput from the data source is increased.

An additional problem in a volume copying process is the necessity for direct human supervision to prepare CD-R disks for copying, remove the disks from the CD-R disk writer once copying is complete, and then prepare the disks for inspection to ensure no defective CD-R disks are retained in the completed set of copies. Aside from the tedium involved that may indirectly add errors, requiring human attention in this process adds a significant labor cost that is added to the end-user price.

The copy speed versus accuracy problem described above is solved when the CD-R disk writer is configured to

2

concurrently copy the data onto multiple CD-R disks. For example, the total copy time for two CD-R disk drives concurrently copying data at 150K Bytes per second is the same as one CD-R disk drive serially copying two CD-R disks at 300 K Bytes per second, and the frequency of disk write errors using the concurrent disk drives is approximately half that of the serial disk drive.

This system uses the concurrent copying method described above and also eliminates the necessity of direct human supervision of the copy process through the unique circular arrangement of CD-R disk spindle members around a pivotal transport tower containing a disk pickup head that lifts a blank disk from a disk spindle member and transports the disk to one of the available stacked CD-R disk drives. After the recording process is complete the disk pickup head retrieves and transports the burned CD-R disk copy to a specified disk spindle member for copied disks.

The electrical and physical configuration of this system provides several additional benefits to users. The semi-circular arrangement of disk spindle members around the pivotal transport tower minimizes the number of moving parts needed to construct the disk transport assembly. A system having more disk spindle members can be constructed by increasing the radius of the circle formed by the disk spindle members. Similarly, the arrangement of two stacked sets of recordable disk drives allows for a scaleable design permitting the user to make low-cost upgrades.

Prior disk copy methods only provided for lineal copying of a single source disk. The configuration of this system allows for several master compact disks to be transportable by the disk hub to a selected disk read head so that the copy process from the master compact disks is a random access process.

Yet another benefit provided by this system is the system's ability to test burned CD-R disks for disk write errors, and through use of the pivotal transport tower, eject a defective CD-R disk isolating the defective CD-R disks from the set of properly burned CD-R disks.

## SUMMARY OF THE INVENTION

The programmable, automatic compact disk duplication system of this invention includes a copy unit, a host computer, and computer software. The host computer and computer software provide an interface allowing the user to pre-program the copy unit to perform a completely unattended copy and data verification operation upon blank CD-R disks pre-loaded in the copy unit.

While not required for operation of the duplication system, it is preferred that the duplication system use an IBM PC-clone running a DOS or Windows operating system so that users need not purchase additional computer hardware to operate the duplication system. Hardware-specific computer components necessary to describe the duplication system will reference IBM PC and Windows specifications; however the duplication system is not intended to remain limited to these specifications and a designer skilled in the art would be able to translate these specifications into hardware and software equivalents for systems using Apple, UNIX, or IBM protocols.

The Copy Unit

The copy unit has a main copy assembly with an external vacuum pump. The primary components inside a housing for the main copy assembly include a microprocessor, a set of disk spindle members, a pivotal transport tower, a data transfer unit, a vacuum regulator and an air filtration unit.

US 7,145,841 B1

3

The external vacuum pump is connected to the vacuum regulator by an air hose leading to a disk suction pickup unit affixed to the pivotal transport tower.

1. The Microprocessor

The microprocessor is an internal control unit for the copy unit and is electrically connected to the host computer, the pivotal transport tower, and all CD-R drive heads. In the preferred embodiment, a 8031 microprocessor is used, but any 8-bit microprocessor capable of processing a command set of about 20 commands could be used.

The microprocessor receives user input generated by the software that is executed on the user's host computer. The computer software processes the user input into a set of ASCII commands sent to microprocessor via an RS-232 interface. The ASCII command set used is a variant of the Trace Mountain protocol that is often used to interface software to hardware copy devices. Commands sent by the computer software to the microprocessor consist of one letter or one letter and two digits.

Once the microprocessor is sent a command by the host computer, the microprocessor parses the command and sends an electrical signal to the pivotal transport tower.

Depending on the command sent by the computer software, the microprocessor will transmit back to the computer software a "ready" indication, an echo of the command received, or a status indication that command received was successfully or unsuccessfully executed. This status indication is then interpreted by the computer software into user readable information displayed on the host computer's video output display.

2. The Disk Spindle Members

A set of disk spindle members are located on a front horizontal deck of the copy unit. The bottom of each disk spindle member is affixed to the horizontal deck of the copy unit and projects vertically from the deck. The diameter of each disk spindle member is slightly smaller than the center hole of a CD-R disk, allowing for free vertical movement of the CD-R disk when the disk is located on the disk spindle member.

The disk spindle members are affixed to the horizontal deck of the copy unit along an arc of a circle around the axis of the pivotal transport tower. It is expected that at least two disk spindle members are affixed to the horizontal deck of the copy unit, allowing one disk spindle member to hold blank CD-R disks and the other disk spindle member to hold burned CD-R disks. The radius of the circle is selected such that CD-R disks located on adjoining spindles do not touch each other.

3. The Pivotal Transport Tower

The pivotal transport tower is centrally located in the copy unit at the radial center of the arc formed by the disk spindle members. The pivotal transport tower is cylindrically shaped, with a vertically displaceable arm projecting radially from the pivotal transport tower. Inside the pivotal transport tower is an axle along the vertical axis of the pivotal transport tower. The axle is affixed to the base of the pivotal transport tower. Connected to the axle is a first drive motor capable of pivoting the pivotal transport tower about its vertical axis. Control of the first drive motor is also supplied from electrical signals sent by the microprocessor.

An arm for a disk pickup head projects radially from the pivotal transport tower. One end of the arm is connected to a belt running vertically along the inside of the pivotal transport tower. The bottom of the belt travels around a set of gears that are connected to a second drive motor. When the second drive motor rotates the belt, the arm is raised or lowered depending on the direction of rotation of the belt.

4

The other end of the arm supports a disk pickup head which has a disk suction pickup unit. The disk suction pickup unit is triangle-shaped and has a circular aperture located at its apex. The diameter of the aperture is slightly wider than the diameter of a disk spindle member. Located on the underside of the disk suction pickup unit near each vertice of the disk suction pickup unit is one suction member and one rubber stopper member. A sensor also protrudes downward from the underside of the disk suction pickup unit and relays an electrical signal back to the microprocessor indicating the presence of a target disk near the disk suction pickup unit.

Additionally, during operation of the disk suction pickup unit, RAM memory located in the microprocessor or electrically connected to the microprocessor retains data for each disk spindle member corresponding to the approximate vertical distance the disk suction unit must travel before retrieving a blank CD-R disk or placing a burned CD-R disk back onto the disk spindle member.

When the disk suction pickup unit is operated, the suction members draw in air, causing the target disk to adhere to the suction members, holding the target disk horizontally against the rubber stopper members.

The size and placement of the arm and the disk suction pickup unit are chosen so that during a disk pick-up or drop-down operation the selected disk spindle member passes through the aperture as the arm lowers below the top of the selected disk spindle member.

In a typical disk transport operation, the microprocessor issues a sequential set of electrical signals that are translated into a sequential set of operations performed by the second drive motor, the first drive motor, and the disk suction pickup unit. For example, the following sequential operations controlled by the microprocessor occur when the copy unit transfers the top CD-R disk from a stack of CD-R disks surrounding a selected spindle to the data transfer unit:

the first drive motor raises the disk suction pickup unit to a height such that all components of the disk suction pickup unit are above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower to position the disk suction pickup unit over the selected disk spindle member, placing the aperture directly above the disk spindle member;

the first drive motor lowers the disk suction pickup unit along the disk spindle member until the suction members make contact with the CD-R disk;

the suction members engage and hold the CD-R disk;

the first drive motor raises the disk suction pickup unit along the disk spindle member until the CD-R disk held by the suction members is above the top of all disk spindle members;

the second drive motor pivots the pivotal transport tower, positioning the CD-R disk held by the suction members for transfer into the data transfer unit.

4. The Data Transfer Unit

The data transfer unit comprises two stacked disk drive receptacle members and a variable number of stacked recordable disk drive members. The two stacked disk drive receptacle members are affixed on opposite sides of the back horizontal deck of the copy unit and positioned along the arc of the circle formed by the disk spindle members at a distance greater than the diameter of a CD-R disk. Each stacked recordable disk drive member fits in a slotted receptacle member located in one of the two stacked disk drive receptacle members and is positioned on the perimeter of the circle formed by the disk spindle members, making

US 7,145,841 B1

5

each stacked recordable disk drive member capable of receiving a disk transported by the arm.

Each stacked recordable disk drive member sends and receives binary data with the computer software via a standard 50-pin SCSI connection between the stacked recordable disk drive member and the host computer. Manual loading and unloading of a CD-R disk in every stacked recordable disk drive member is accomplished through an input-output tray member that is a standard feature of recordable and read-only disk drives; control of the input-output tray member is also communicated through each stacked recordable disk drive member's SCSI connection.

In the preferred embodiment, the top of the main copy assembly located in the void between the two stacked recordable disk drive members has a disk reject slide that is constructed at a downward angle, allowing the combination of the pivotal transport tower and the two stacked recordable disk drive members to eject defective CD-R disks out of the main copy assembly by dropping them onto the disk reject slide. Gravity pulls the defective CD-R disk downward along disk reject slide and the defective CD-R disk leaves the main copy assembly.

An additional hardware item easily added to the data transfer unit is a standard disk printer that affixes printed labels or imprints the top side of any burned CD-R disk. In this configuration, the disk printer is placed along the rear wall of the copy unit so that the input/output loading tray of the disk printer opens into the void between the two stacked recordable disk drive members.

5. The Vacuum Regulator and the External Vacuum Pump

The vacuum regulator is housed inside the main copy assembly and is connected to the suction members by a set of internal air hose members. An external air hose connects the vacuum regulator to the external vacuum pump that is physically separated from the main copy assembly in order to reduce vibrations inside the main copy assembly. The vacuum regulator maintains a constant pressure vacuum and is controlled by the microprocessor.

6. The Air Filtration Unit

The air filtration unit creates a flow of filtered air through the inside of the main copy assembly to significantly reduce CD-R disk read or write errors caused by dust or other contaminants that may be in the air surrounding the duplication system. The air filtration unit comprises a set of electric fan members, an air filter, a set of outflow vents, and an outer cover covering the outside of the main copy assembly. The electric fan members are positioned along the back vertical face of the main copy assembly and when operated draw air into the inside of the main copy assembly.

Positioned along the inside vertical face of the main copy assembly is an air filter that filters air drawn in by the electric fan members before it can circulate through the inside of the main copy assembly. The filtered air then exits the main copy assembly through the outflow vents.

The Host Computer

No particular type of host computer is necessary to support the copy unit and the computer software. A conventional personal computer equipped with a SCSI throughput interface and a hard disk drive capable of retaining an image of the master data will suffice.

The Computer Software

In the preferred embodiment, the computer software necessary to direct the data transfer operations is written in the "C" programming language running under a Windows operating system. However, the computer software could be

6

written using any computer language and operating system compatible with the computer used, provided Trace Mountain-type protocols can be sent to the copy unit via an RS-232 or SCSI connection between the host computer and the copy unit.

These and other features will become apparent from a consideration of the Detailed Description of the Preferred Embodiments.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic view of the compact disk duplication system of this invention with a perspective view of the copy unit.

FIG. 2 is a side view of the main copy assembly with the clear outer cover removed.

FIG. 3 is an enlarged side view of the pivotal transport tower.

FIGS. 4A–D are segments of a continuing flowchart diagram of the procedures performed in a disk copy operation.

FIGS. 5A and 5B are schematic representations of an auxiliary print application unit.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, the programmable automatic compact disk duplication system of this invention is designated generally by the reference numeral 10. The duplication system 10 includes a host computer 12, shown schematically, connected to a copy unit 20. The host computer 12 comprises a programmable computer that includes computer software for providing a user interface for operating the copying process of the copy unit 20. It is to be understood that the host computer may be incorporated into the copy unit 20 with the copy unit having a keyboard or other input device such as a control panel for managing the operation of the copy unit 20.

As shown in FIG. 2, the copy unit 20 includes an internal microprocessor 24 that is electrically connected to the host computer 12 for controlling the electromechanical operations of the copy unit 20. The copy unit 20 is constructed with a housing 14 having a deck 16 housing the electronics and drive assemblies, and a cabinet 18 housing the copying and printing components.

The deck 16 has a base platform 22 for a pivotal transport tower 58 and a series of disk spindle members 52 disposed in an arcuate arrangement around the transport tower 58. A removable transparent cover 59, shown in FIG. 2, encloses the tower 58 and disk spindle members 52 to protect the system from dust contamination during operation and allow for functioning of an air filtration circuit as later described.

In the preferred embodiment of FIGS. 1 and 2, the copy unit 20 has four disk spindle members 52. In such a configuration two of the disk spindle members 52 may hold blank CD-R disks, one disk spindle member designated as a master disk spindle member 52a may hold one or more master compact disks. The remaining disk spindle member is designated as a master output spindle 52b and is used to hold the master compact disks after source data has been transferred from the master disk.

The pivotal transport tower 58 is located in the center of the arc formed by the disk spindle members 52 and rotates about its longitudinal axis passing directly through the center of the arc. Attached to the pivotal transport tower 58 is an arm 56 that rotates along the arc as the pivotal transport

US 7,145,841 B1

7

tower 58 pivots and also travels vertically along the pivotal transport tower 58. A vertical aperture 64 having its center correspond to the arc is located on the arm 56.

As described below, the underside of the arm 56 has several components allowing the arm 56 to temporarily affix a compact disk to the underside of the arm 56 and retain the compact disk as the arm 56 travels radially or vertically. Other means including mechanical pickup mechanisms may be substituted for the preferred pneumatic unit of the described embodiment.

In FIG. 2., the arm 56 is positioned above one disk spindle member that is holding a stack of CD-R disks 50. For illustration purposes this disk spindle member is designated as the master disk spindle 52a, but it is to be understood that the physical transfer of compact disks from all disk spindle members is identical. At the base of each disk spindle member 52 is a removable spindle base 51 allowing the user to insert or remove a stack of compact disks held in place by the disk spindle member 52.

Upon activation of a motor housed inside the copy unit 20, the arm 56 descends with the disk spindle member 52 passing through the aperture 64, until a sensor 66 located on the underside of the arm 56 detects the presence of a compact disk 50. Then suction supplied by disk suction pickup unit 54 affixes the compact disk 50 to the underside of the arm 56, the suction remaining constant until the compact disk 50 is transported to its resting place. The suction then terminates and the compact disk 50 is released from the arm 56 by gravitational force.

Located opposite the disk spindle members 52 are two sets of stacked disk drive receptacle members 82. Each stacked disk drive receptacle member 82 accepts a standard stacked recordable disk drive member 84. Each stacked recordable disk drive member 84 has an autoloading tray 85 that, when fully opened, positions the center of a compact disk 87 along the radius arc defined by the arc of the disk spindle members 52. This geometrical configuration allows the arm 56 to place and retrieve compact disks in any of the stacked recordable disk drive members in the same manner as the arm 56 places and retrieves compact disks on the disk spindle members 52.

For clarity, in FIG. 2 the components located inside the main copy assembly 20 are designated schematically by hatched rectangles, and where necessary, detailed drawings of these components are shown in other figures.

The deck 22 of the main copy assembly 20 is box-shaped, having a flat rectangular bottom and sides perpendicular to the bottom. Inside the deck 22 is a microprocessor 24 that is connected by an electrical connection 26 to an RS-232 port 28. A stepper motor 32 receives signals sent by the microprocessor 24 through an electrical connection 30. A shaft 34 leaving the stepper motor 32 connects to a gearing unit 36. Connected to the gearing unit 36 is an axle 38 that rotates when the stepper motor 32 is engaged. An external air hose 74 enters an opening in the deck 22 and terminates at a connection to a vacuum regulator 72.

A female power receptacle 40 allows for attachment of an electrical cord (not shown) providing standard 120V AC to a transformer 44 through an electrical line 42. As detailed below, the transformer 44 supplies power to components throughout the main copy assembly 20; inside the deck 22, the microprocessor 24 receives power through electrical line 46 and the stepper motor 36 receives power through electrical line 48.

Compact disks 50 sit on the top of the deck 22 and are held in place by one of the disk spindle members 52 until retained by the disk suction pickup unit 54 that is located on

8

the underside of the arm 56. An aperture 64 through the arm 56 allows the disk suction pickup unit 54 to travel downward with the selected disk spindle member 52 passing through the aperture 64 as the disk suction pickup unit 54 travels downward below the vertical height of the top of the disk spindle member 52.

The disk suction pickup unit 54 has suction members 60 creating sufficient suction to hold one disk against the rubber stopper members 62 that keep the disk in a horizontal position. The vacuum hose 70 is positioned along the inside wall of the pivotal transport tower 58 and one end is connected to the vacuum regulator 72. The other end of the vacuum hose 70 has, three connector members 71 allowing the air flow to branch into each attached suction member 60. A sensor 66 is attached to the disk suction pickup unit 54 and sends a signal back to the microprocessor indicating the presence of a disk near the disk suction pickup unit 54.

The arm 56 is affixed to the pivotal transport tower 58 and rotation of the arm 56 is accomplished through pivoting of the pivotal transport tower 58. The other end of the arm 56 is secured around the axle 38, allowing for radial movement of the pivotal transport tower 58 when the axle 38 rotates.

Behind the pivotal transport tower 58 is the data transfer unit, designated generally by the numeral 80. Sitting on each of the two rear corners of the deck 22 is a stacked disk drive receptacle member 82 containing slotted receptacles 83 for holding a variable number of stacked recordable disk drive members 84, allowing the user vary the total number of recordable disk drives available to burn disks. Each stacked disk drive receptacle member 82 can also hold a read-only disk drive permitting very fast transfer of data from master disks.

The stacked disk drive receptacle members 82 are placed on top of the deck 22 along the outside of the perimeter of the circle formed by the disk spindle members 52 such that the arm 56 may transfer a disk to the space between the two stacked disk drive receptacle members 82. A disk transported to this region may then be inserted into any of the stacked recordable disk drive members 84 provided the stacked recordable disk drive members 84 have a standard motorized loading tray 85.

Located at the bottom of the region between the stacked disk drive receptacle members 82 on the top of the deck 22 is a disk reject slide 92 slanting downward out of the rear of the data transfer unit 80 that receives defective CD-R disks dropped down by the arm 56 in the region between the stacked disk drive receptacle members 82. Defective CD-R disks dropped onto disk reject slide 92 fall out of the main copy assembly 20 by gravity.

The system can also be equipped with an optional print application unit 93 that is placed behind the stacked disk drive receptacle members and loads and unloads CD-R disks in the space between the two stacked disk drive receptacle members 52 and directly above the disk reject slide 92. In this configuration, the print application unit 93 is electrically connected to the host computer 12 and imprints markings or printed labels to the top side of a burned CD-R disk.

The optional print application unit 93 is shown in FIGS. 5A and 5B. The print application unit comprises an ink jet printer or a thermal printer to imprint a blank disk with markings or labels. Where disk blanks are previously printed with markings 94, such as designs 94a, and a label window 94b as shown in FIG. 5B, it is necessary to rotate the disk or rotate the virtual bit mapping of the new marking or labels to be added, so that the new printing registers with the pre-existing printing. It is common, for example, for blank CD-R disks to have company names and logo's pre-printed

US 7,145,841 B1

9

10

by a silk screening process by the disk supplier or an intermediary. New material may comprise titles or added decorative work requiring registration coordination. Since disks are symmetrical and consistently positioned, proper angular orientation is all that is required to achieve registration.

In FIG. 5B, a disk 95 is positioned on retractable printer tray 96 and is preprinted with an angular registration mark, such as dot mark 94C adjacent the hub hole. A digital camera 97 retrieves a digital image of at least the center portion of the disk, and the limited field area where the mark must necessarily be found is analyzed by a software program to locate the registration dot mark 94c and to determine its angular orientation. The virtual image in memory is rotated accordingly before or while the reoriented bit map is printed to disk.

By use of a simple registration mark positioned in a predetermined annular area, image analysis is greatly simplified and equipment costs are reduced. Furthermore, by consistent placement of the mark with respect to the angular orientation of the original printing, an initial run for image loading of the original printing is avoided.

When the print application unit is a thermal printer, the newly printed image or markings requires little or no time to cure before the disk can be robotically handled and moved to the output spindle. Ink jet printing requires a bit longer for the deposited ink to dry before handling. Ordinarily, with simple labels and text titles, the limited ink deposit dries during the time another disk is being recorded in a single station duplication system. In a multiple station system as is presently disclosed, accelerated drying is preferred to insure proper drying.

In the duplication system of this invention, accelerated drying for ink jet printing is aided by an elongated thermal element 98 at the lower edge of the partially shrouded opening 99 of the application unit 93. Heated air passing to an external vent member 90a at the back top of the print unit 93 accelerates the drying of the ink. The system is preferably programmed to allow the disk 95 to remain in the extended tray 96 as long as possible after printing before pickup by the pickup unit 54 on the transport tower 58 and deposit on the output spindle.

Located at the rear of the stacked disk drive receptacle members 82 are one or more electric fan members 86 that draw in air to ventilate the main copy assembly 20 preventing heat build-up created by the stacked recordable disk drive members 84. An air filter 88 is positioned on the interior rear wall of the data transfer unit 80 that filters the air drawn in by the electric fan members 86 before the air travels through the interior of the main copy assembly 20. The filtered air then exits the interior of the main copy assembly 20 through vent members 90b located on the deck 22.

In systems having the optional print application unit 93, the filtered and warmed air is passed through the printer to exit the auxiliary vent member 90a as described. The circulated air aids in drying of the printed disk deposited on the top of the output spindle as well.

In a system having a mechanical pickup unit that engages the disk hole and does not contact the newly printed surface, the thermal element and programmed delay of pickup may be unnecessary, and drying accomplished by the component warmed air circulated over the printed disk when on the printer tray and on the output spindle.

Referring to FIG. 3, a side view of the mechanical linkages that allow for movement of the pivotal transport tower is shown. The pivotal transport tower 58 has a cylindrical outer shell 100 that is oriented vertically and sits on a circular rotating base 102. Affixed to the bottom of the center of the rotating base 102 is an axle 38 that allows for radial movement of the pivotal transport tower 58.

The axle 104 passes through an aperture 106 in the top of the base platform 22 and also passes through an aperture 108 in a horizontal frame member 110. The end of the axle 38 is affixed to the center of a pulley wheel member 112. Rotation of the pulley wheel member 112 is controlled by a belt 114 surrounding a second pulley wheel member 116.

Affixed to the center of the second pulley wheel member 116 is one end of an axle 118. The other end of the axle 118 is affixed to the center of a third pulley wheel member 120. Rotation of the third pulley wheel member 120 is controlled by a belt 122 that also surrounds the perimeter of a fourth pulley wheel member 124.

Rotation of the fourth pulley wheel member 124 is controlled by one end of a shaft 34 that is affixed to the center of the fourth pulley wheel 124. The other end of the axle 34 is connected to the stepper motor 32 that is the source of all rotation of the pivotal transport tower 58. Attached to the frame 110 is an encoder sensor 131 that is electrically connected to the stepper motor 32 and prevents over-rotation of the pivotal transport tower 58.

An aperture 130 through the cylindrical outer shell 100 allows for movement of the arm 56 along the vertical axis of the pivotal transport tower 58. The back 134 of the arm 56 is affixed to a belt 132 that travels vertically and raises or lowers the arm 56 as the belt 132 moves.

The top end of the belt 132 travels around a pulley wheel member 136. The outer side of the rear face of the belt 132 makes contact with a pulley wheel member 138 that makes the rear face of the belt 132 travel towards the rear of the pivotal transport tower 58.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 140 that is connected to a stepper motor 142 that rotates the pulley wheel member 140 when the stepper motor 142 is engaged.

The inner side of the rear face of the belt 132 then travels around a pulley wheel member 144 that changes the direction of the travel of the belt 132 back to vertical.

The stepper motor 142 is electrically connected to a limit sensor 146 placed above the pulley wheel member 136 and disengages the stepper motor 142 when the limit sensor 146 detects the presence of a limit flag 148 placed on the top of the arm 56.

One end of the air line 150 is connected to a vacuum line valve 152 that controls the flow of air through the air line 150. The air line 150 travels through the inside of the pivotal transport tower 58 and through the arm 56 and the disk suction pickup unit 54, with openings connected to each disk suction member 60.

Referring to FIGS. 4A through 4D, a flowchart of the procedures performed in a disk copy operation, are shown. The logic necessary to perform a disk copy operation is programmed into the computer software on the host computer and programmed into the microprocessor located inside the copy unit.

A user begins a disk copy operation by loading master disks on a disk spindle member designated as the master disk spindle member 52a and loading blank recordable disks onto other disk spindle members 52. The user then supplies power to the copy unit 20 and starts the computer software located in the host computer 12. These initialization subprocedures are indicated in item step 200. A display 13 connected to the host computer 12 then prompts the user for information regarding the selection of the master disk

US 7,145,841 B1

11

spindle 52*a* and the location of the blank CD-R disks. The user also selects a master output spindle 52*b* that will hold master disks after the data transfer from each master disk to the host computer 12. The user also supplies instructions indicating the tracks on the master disks to be copied. This operation is indicated in item step 210.

When first powered on, the internal microprocessor 24 sends electrical signals to test the operation of the arm 56, as indicated in item step 220. The microprocessor 24 sends a set of flags back to the computer software to signal the status of the hardware located on the copy unit 20, as indicated in item step 230. If the computer software receives a status flag indicating hardware failure, the computer software issues a display error message for the user to decode, and the copy process is terminated, as indicated in item step 240.

If the computer software receives status flags indicating the hardware is operational, the computer software sends instructions to the microprocessor that comprise a data acquisition subprocedure. The beginning of the data acquisition subprocedure is indicated in item step 250 and comprises item steps 260 through 340.

In item step 260, the computer software checks if a disk drive on the host computer contains an image of the master data. If an image file already exists, control of the software is transferred to item step 360. Otherwise, control of the computer software is transferred to item step 270.

As indicated in item step 270, the computer software first compares the number of disk drives to the number of master disks loaded on the master disk spindle member 53. If the number of stacked recordable disk drives 84 is greater than or equal to the number of master disks, the computer software sends a command set to the microprocessor 24 to transfer each master disk to an available stacked recordable disk drive 84, as indicated in item step 280.

The computer software then sequentially issues read commands to each stacked recordable disk drive 84 containing a master disk and transfers the source data from each master disk to the host computer 12. These commands are summarized in item step 290. Once the data transfer process is completed, the computer software sends a command set to the microprocessor to transfer each master disk back to the master output spindle 55, as indicated in item step 300, and the data acquisition subprocedure is complete.

If the number of stacked recordable disk drives 84 is less than the number of master disks, the computer software must loop through item steps 310 through 340 until all master disks have been transferred to an available stacked recordable disk drive 84.

This loop begins when the computer software sends a command set to the microprocessor 24 to transfer the maximum number of remaining uncopied master disks held by the input spindle from the master disk spindle member 52*a* to the stacked recordable disk drives 84, as indicated in item step 310. Then in item step 320, data is transferred from the master disks to the host computer 12 in the same manner as in item step 280.

After all data from the master disks loaded in stacked recordable disk drives 84 has been transferred to the host computer 12, the master disks are either transferred to the master output spindle 55, or are ejected onto the disk reject slide 92, as indicated in item step 330.

The computer software completes this loop as indicated in item step 340 by comparing the number of uncopied master disks with zero, and returning to the top of the loop at item step 310 if any uncopied master disks remain. Once the data acquisition subprocedure is completed, control of the com-

12

puter software is transferred to the beginning of the data transfer subprocedure, indicated as item step 360.

At the beginning of the data transfer subprocedure, the computer software will, if necessary, reformat the image of the source data located on the hard drive of the host computer to ensure optimal recording speed and accuracy. This computation is indicated in item step 370. A variable containing the number of copies made is initialized to zero, as indicated in item step 380.

Item steps 390 through 430 correspond to a loop over all selected stacked recordable disk drives 84 whereby the computer software first issues commands to the microprocessor 24 to query the hardware status of each stacked recordable disk drive 84, as indicated in item step 400. The computer software will alert the user of any stacked recordable disk drive 84 that the microprocessor 24 has identified as non-operational, as indicated in step 410. Otherwise, the computer software will set a flag indicating that the queried CD-R drive is operational, as indicated in item step 420.

Once the hardware test loop is completed, the computer software branches on a test of the number of operational stacked recordable disk drives 84, as indicated in item step 440. The computer software will exit the copy process if no stacked recordable disk drives 84 are operational, as indicated in item step 450. Otherwise, the computer software initializes to zero a variable containing the number of copies made, as indicated in item step 460.

The computer software then enters a main copy loop, indicated in item step 470, that repeats until the number of copies made equals the desired number of copies. This comparison operation is made in item step 480, and the proper termination of the copy process occurs in item step 490.

If the number of copies made is less than the number of copies desired, the computer software initializes to zero a variable containing the number of copies currently loaded in the stacked recordable disk drives 84, as indicated in item step 500. The computer software then enters an inner loop comprising item steps 510 through 580, with each cycle of the inner loop corresponding to the transfer of a blank disk to an available operational stacked recordable disk drive 84.

This inner loop begins with a comparison of the number of copies desired with the sum of the copies already made plus the number of disks loaded the current batch transfer, as indicated in item step 520. If the sum of the copies already made plus current number of disks loaded into the stacked recordable disk drives 84 equals the number of copies desired, the inner loop terminates, as indicated in item step 530.

Otherwise, the computer software issues a set of commands to the microprocessor 24 to transfer a blank disk to the next available stacked recordable disk drive 84, as indicated in item step 540. The computer software then checks the status of the disk transfer, as indicated in item step 550, and will terminate or otherwise commence other error handling subprocedures if the disk transfer failed, as indicated in item step 560. Otherwise, the variable containing the number of disks loaded is incremented by one, as indicated in item step 570.

Once the inner loop terminates at item step 580, the stacked recordable disk drives 84 have been loaded with the maximum number of blank disks, the computer software sends electrical signal instructions that activate the physical transfer of source data to each blank disk loaded in the loaded stacked recordable disk drives 84, as indicated in item step 590. The computer software then examines copy status flags from each loaded stacked recordable disk drive

US 7,145,841 B1

13

84, as indicated in item step **600**, and issues a command set to the microprocessor **24** to discard burned CD-R disks corresponding to any bad copy status flags, as indicated in item step **610**.

In item step **620**, the user can optionally configure the computer software to perform a data verification on each burned disk that is currently located in the stacked recordable disk drives **84**. In this subprocedure, the computer software would direct each stacked recordable disk drive **84** to read the data off the burned disk and compare it to the source data residing on the hard drive of the host computer **12**. Defective burned CD-R disks would be ejected from the copy unit in the same manner as in item step **610**.

In item step **630**, the user can optionally configure the copy unit to include a print application unit that imprints or labels the top of each burned CD-R disk with information transferred from the computer software. In this subprocedure, the burned CD-R disk is ejected from its stacked recordable disk drive **84** and vertically transported by the disk suction pickup unit **54** and then loaded into the input tray **96** of the print application unit **93**.

The printer has internal software to effect the printing tasks including optional analysis of a preprinted disk and orientation of a virtual print image under command of the software of the copy unit. If optional print step is affirmative the print unit is ordered to extend the print tray **96** at step **632**. The copy unit loads a correctly burned disk at step **633**. If the print image must be oriented to register with a preprinting of the disk at option step **634**, then the photo image step **635** takes an image of the disk which is analyzed at step **636** by the software to locate the orientation mark and calculate the angular orientation of the to-be printed image for proper registration at step **637**. This accomplished, or if not required, the print disk step **638** is executed. After printing, the tray is extended at step **639**, and a delay pickup decision at step **641** is made. If pickup is to be delayed, for example, to allow ink jet printing ink an extended opportunity to dry, the pickup is delayed at step **643** is made. If no, or after delay the print option loop returns to the main path at step **640** where the disk is eventually transferred to the output spindle or spindles.

The variable containing the number of loaded stacked recordable disk drives is reset to equal the number of properly burned CD-R disks, as indicated in item step **640**. The total number of copies made is then incremented by the number of properly burned CD-R disks, as indicated in step **650**. The computer software then issues a command set to the microprocessor **24** directing the transfer of the properly burned CD-R disks to one of the designated output spindles, as indicated in step **660**. The computer software receives a status signal from the microprocessor **24** indicating whether the transfer occurred properly, as indicated in item step **670**, and will display an error message and exit if a disk transfer failed, as indicated in item step **680**. Otherwise, control of the computer software drops to the bottom of the main loop **690** and then returns to the top of the main loop at item step **470**.

While, in the foregoing, embodiments of the present invention have been set forth in considerable detail for the purposes of making a complete disclosure of the invention, it may be apparent to those of skill in the art that numerous changes may be made in such detail without departing from the spirit and principles of the invention.

The invention claimed is:

1. A system for the duplication of data onto compact disks, the system comprising:
   a copy unit, comprising:

14

   multiple disk devices having extendible disk trays, wherein at least one of the disk devices is a recordable disk drive;

a transport tower;

at least one disk retainer member, arranged in an arcuate pattern around the transport tower with any extended one of the extendible disk trays, wherein the disk retainer member is constructed to maintain the order of a stack of compact disks placed in the disk retainer member for copy operations;

an arm, operably connected to the transport tower wherein the transport tower has a vertical axis and the arm is pivotal about the vertical axis of the transport tower, the arm having a disk engagement and lift mechanism that cooperates with the transport tower to engage, lift and pivot disks placed in the disk retainer member to an extendible disk tray of any selected one of the multiple disk devices, wherein the arm, the disk engagement and lift mechanism, and the transport tower also cooperate to engage, lift and pivot disks located in any one of the extendible disk trays of the multiple disk devices to any one of the extendible tray of another of the disk devices having extendible disk trays and another of the disk retainer members.

2. The system of claim 1, wherein the multiple disk devices include multiple stacked recordable disk drives.

3. The system of claim 1 having multiple sets of multiple stacked recordable disk drives.

4. The system of claim 1 having a set of multiple disk retainer members, wherein selected disk retainer members in the set of disk retainer members are removable from the copy unit.

5. The system of claim 1, wherein the copy unit has an air filtration unit, the air filtration unit comprising:
   a set of electric fan members, the electric fan members drawing air into the inside of the copy unit;
   an air filter, the air filter positioned along the inside vertical face of the copy unit and filtering the air drawn into the copy unit by the electric fan members;
   a set of outflow vents located on the copy unit, the outflow vents allowing air drawn through the copy unit by the electric fan members to exit the copy unit.

6. The system of claim 1, including a host computer and a display wherein the host computer contains computer software and computer memory, and wherein the host computer is electronically connected to the copy unit, with the computer software providing a user interface that outputs diagnostic messages regarding the copy unit to the display.

7. The system of claim 1 wherein the copy unit includes a microprocessor located inside the copy unit wherein the microprocessor controls movement of the transport tower and the arm.

8. The system of claim 7, including a host computer and a display wherein the microprocessor is electronically connected to the host computer with the microprocessor sending electrical signals to the host computer and the microprocessor receiving electrical signal commands from the host computer, and wherein the computer software provides a user interface for user control of the copy unit.

9. The system of claim 8, wherein data to be duplicated onto compact disks is located on one or more master compact disks and is transferred to the memory of the host computer by the recordable disk drive.

US 7,145,841 B1

15

10. The system of claim 9, wherein the computer software provides a user interface for user input of copy instructions for the control of each master compact disk during the duplication of the data.

11. The system of claim 1, wherein the copy unit has a disk reject area wherein defective compact disks are transported to the disk reject area.

12. The system of claim 1, wherein the disk retainer member has a stack of compact disks and at least one of the disk devices is a disk label printer with an extendible disk tray, wherein each compact disk in the disk stack has a recordable side and a printable side, wherein the transport tower and disk engagement and lift mechanism of the arm connected to the transport tower cooperate to selectively engage, lift and pivot a compact disk to the extended extendible tray of the printer, wherein the printer prints a label on the printable side of the compact disk.

13. The system of claim 1, wherein the system has at least one master compact disk with master data and master disk data transfer means for reading the master data on the master compact disk and then selectively transferring the master data onto the compact disks.

14. The system of claim 1, wherein the system has user interface means for pre-programming the control of the duplication of data.

15. The system of claim 1, wherein the system has defective compact disk detection means for detecting defec-

16

tive compact disks and ejection means for ejecting detected defective compact disks from the copy unit.

16. The system of claim 1, wherein the copy unit has a print application unit with printing means for printing on the compact disks when the pivotal transport tower and disk engagement and lift mechanism of the arm connected to the pivotal transport tower deliver compact disks to the print application unit.

17. The system of claim 16, wherein the print application unit includes means for drying a printed disk.

18. The system of claim 16, wherein the copy unit has means for circulating air, and wherein the print application unit has vent means located to optimize drying of a printed disk in the print application unit by air circulating means of the copy unit.

19. The system of claim 17, wherein the drying means includes a thermal element.

20. The system of claim 16, including compact disks that are preprinted and include a preprinted orientation mark, wherein the print application unit includes means for detecting the preprinted orientation mark, computer program means for determining the angular location of the orientation mark, and computer program means for rotationally orienting a to-be-printed image in registration with the preprinted orientation mark.

* * * * *