1  CHRISTIAN J. MARTINEZ (CA State Bar No. 215360)
   2500 Dean Lesher Drive, Suite A
2  Concord, CA 94520
   Telephone: (925) 689-1200
3  Facsimile: (925) 689-1263
   cmartinez@copypro.com
4
   RICHARD ESTY PETERSON (CA State Bar No. 41013)
5  1905-D Palmetto Avenue
   Pacifica, CA 94044
6  Telephone: (650) 557-5708
   Facsimile: (650) 557-5716
7  sfreptile@mac.com

8  Attorneys for Plaintiff
   WORDTECH SYSTEMS, INC.,
9

   **E-filing**

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 WORDTECH SYSTEMS INC.,                    Case No.: CV 08 4027

15         Plaintiff,
                                             CERTIFICATION OF INTERESTED
16 v.                                        PARTIES [L.R. 3-16]

17 MICROTECH SYSTEMS, INC., a California
   corporation, AT EASE COMPUTING, INC.,
18 BROWARD MICROFILM, INC., BUSINESS
   TEK, INC., CRANEL, INC. d/b/a CRANEL
19 IMAGING, ELECTRIC PICTURE COMPANY,
   INC., d/b/a TAPEONLINE, GRA PACKAGING
20 SERVICES OF ROCHESTER, INC d/b/a          **JUDGE:**
   SPINERGY, MASTER RECORDING SUPPLY,       **TRIAL DATE:**
21 INC., PROACTION NETWORK, LLC., d/b/a
   PROACTION MEDIA, RESOURCE DATA
22 PRODUCTS INC., SAS-WEBTRONICS,
   STORAGE HEAVEN, TERA-STORAGE
23 SOLUTION, INC., THE TAPE COMPANY LLC
   and DOES 1-15,
24
           Defendants.
25

26
27
28

CERTIFICATION OF INTERESTED PARTIES [L.R. 3-16] - 1

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATE: 8/20/08

RESPECTFULLY SUBMITTED,

_____
Christian J. Martinez
Attorney for Plaintiff,
Wordtech Systems, Inc.